# EXHIBIT 1

# EXHIBIT 1

**Home** » **Discuss** » **Help** » **Contact**        

 **Contact Us**
Below is the contact information for the administrators of Democratic Underground. Please note that we only respond to email during regular business hours. Usually, inquiries get a response within one business day.

## Where to Get Answers to Your Questions

We provide a number of resources to help you find the information you are looking for. Before you ask your question, please take a moment to see if an answer is available elsewhere. For answers to questions about our discussion forum, we recommend that you check these two pages:

 Help and FAQs
 Discussion Forum Rules

## General Contact Information

> ** IMPORTANT **
> If you are a registered member of our discussion forum,
> Remember to include your **forum username** in your email message!

Ask the Administrators:
*For Questions about our Discussion Forum*
admin@democraticunderground.com

General Email:
*For All other Inquiries*
mail@democraticunderground.com

Snail Mail:
Democratic Underground
P.O. Box 53350
Washington, DC 20009

## The DU Administrators

**David Allen**
Forum username Skinner
Owner and Co-founder
Contact Skinner for questions about: *Discussion forum, Donations to DU, General inquiries about DU*
skinner@democraticunderground.com

**Dave Allsopp**
Forum username EarlG
Co-founder and Front Page Editor
Contact EarlG for questions about: *Writing an Article for the DU*

Ads by BlogAds



Rand Paul Gets Key Endorsement

Monday's Mini-Report

Despite New Cuts, Obama Will Spend More than Bush on Military

Frum: Bristol Palin Ruined Marriage

Kansas church member (Shirley Phelps-Roper) sues again

Somebody tell Rodney Frelinghuysen

PGA Tour picks up Blue America's Beat Boehner Billboard and FOX finds he's got personalized "tees"

Read more »

Buy a BlogAd

Paid Classified Ads - only $50/week!

Buy a Classified Ad - only $50/week!



Advertise on more than 70 progressive blogs!

*Homepage, Top 10 Conservative Idiots, General inquiries about DU*
earlg@democraticunderground.com

**Brian Leitner**
Forum username Elad
Lead Programmer
Contact Elad for questions about: *Technical issues, Bug Reporting*
elad@democraticunderground.com

**Home** ▶ **Discuss** ▶ **Help** ▶ **Contact**

Powered by DCForum+ Version 1.1
Copyright 1997-2002 DCScripts.com

# EXHIBIT 2

# EXHIBIT 2



May 13, 2010
Copyright © Las Vegas Review-Journal

# Tea Party power fuels Angle

Laura Myers

By LAURA MYERS

LAS VEGAS REVIEW-JOURNAL

Fueled by a burst of support from the **Tea Party**, Sharron **Angle** has rocketed into a near dead heat with Sue Lowden in the white-hot U.S. Senate Republican primary, according to a new poll commissioned by the Las Vegas Review-Journal.

Lowden, who had been the Republican front-runner since February, lost support to **Angle**, the former Reno assemblywoman seen by likely Republican voters as the most conservative candidate in a contest in which three-quarters of Republican voters say they're somewhat or very conservative, the poll showed.

Danny Tarkanian lost ground to **Angle**, too. She passed him after gaining a bit of political star **power** and a bunch of financial support from an endorsement by the **Tea Party** Express, which launched radio and TV ads to help her win the GOP nomination to face U.S. Sen. Harry Reid in the fall.

All three top GOP candidates are capable of beating Reid, according to previous polls that have shown the Democratic **Party** incumbent in an uphill battle to win a fifth Senate term on Nov. 2.

"I'm confident that we'll be able to win the primary and also to defeat Harry Reid," **Angle** said Wednesday from rural Fallon, where she campaigned door to door, spoke to a group at the convention center and attended a gun supporters event. "These numbers really confirm what we've been fairly certain of all along: that if people heard my conservative message, they would respond."

**Angle** said voters can look at her eight-year record in the Assembly that shows a consistent pattern of opposing taxes and supporting smaller government. Those are two tenets of the **Tea Party** movement and conservative values in opposition to the Democratic **Party**'s hold on Congress and the White House, government bailouts of industry, and Reid's and President Barack Obama's signature health insurance overhaul.

Lowden said she wasn't worried about the tightening primary race nine days before early voting starts May 22 and three weeks before the June 8 vote.

"We're confident that our lead will hold," Lowden said in an interview in Las Vegas. "We'll have a strong get-out-the-vote effort. You only need one more vote to win, but we'll win by more than that."

According to the Mason-Dixon poll, if the Republican primary were held today: Lowden would win 30 percent of the vote; **Angle** 25 percent; Tarkanian 22 percent; John Chachas 3 percent; and Chad Christensen 2 percent.

The telephone survey of 500 likely Republican voters in Nevada was taken on Monday and Tuesday and has a margin of error of plus or minus 4.5 percentage points.

In a similar Mason-Dixon survey taken April 5 to 7, Lowden led the crowded field of 12 Republicans with 45 percent support compared with 27 percent for Tarkanian, 5 percent for **Angle**, 4 percent for Las Vegas Assemblyman Christensen and 3 percent for Chachas, an Ely native and Wall Street investment banker.

"Lowden's loss has been **Angle**'s gain," said Mason-Dixon pollster Brad Coker. "Lowden has been the anointed front-runner for a couple of months, which made her a target for everybody. And **Angle** got the **Tea Party** endorsement, and she's the most conservative candidate running."

**Angle** also has a history "of running strong down the stretch" in close elections, Coker added.

In 2006, **Angle** was all but counted out in a congressional GOP primary until the last few weeks, and then she narrowly lost to Rep. Dean Heller by fewer than 500 votes. Two years ago, she almost beat state Senate Minority Leader Bill Raggio, R-Reno, one of Nevada's most powerful lawmakers.

"Obviously, **Angle** still has her homestretch legs," Coker said, although he added that anything can happen in such a competitive race. "I think you have to be conservative and say it's a three-way race. But trend-wise, **Angle** has jumped out quickly and has the momentum."

The **Tea Party** Express, the national group that held an anti-Reid protest in the senator's hometown of Searchlight in late March, shook up the race April 15 when it endorsed **Angle** at a Tax Day news conference in Washington, D.C. The group's political action committee has been raising money for **Angle** with a goal of $500,000. It already has spent $200,000 for her, including on radio and TV ads.

Meantime, **Angle** has been stacking up endorsements from more than two dozen conservative groups and people, from Gun Owners of America to "Joe the Plumber."

**Angle**'s name recognition has jumped to 85 percent compared with 67 percent about a month ago. Only 4 percent of GOP primary voters do not know Lowden's name, and only 3 percent do not know Tarkanian, a real estate developer and former basketball star for the University of Nevada, Las Vegas, whose dad is well-known ex-basketball coach Jerry Tarkanian.

The Tarkanian campaign expressed skepticism that **Angle** had risen so high so fast. Jamie Fisfis, consultant to the campaign, said his tracking polls show **Angle** moving up to 16 percent support, Lowden dropping to 30 percent and Tarkanian gaining to tie the GOP front-runner in his best showing so far.

"In my mind it's still a two-way race because **Angle** does not have the name recognition to be ahead of either of the two candidates in contention," Fisfis said.

Lowden blamed part of her recent drop in the polls to attacks from both her GOP foes — especially Tarkanian — and Reid, whose campaign has focused on her, criticizing her record as a casino executive who with her husband, Paul Lowden, has owned and managed four hotel-casinos.

The Reid campaign has released records that show problems with health and safety violations at the Lowden properties over the years that resulted in heavy fines and offered details of angry disputes with the unions over medical benefits for their workers.

Tarkanian has criticized Lowden for voting for fees as a lawmaker in the early 1990s and for telling a reporter recently that she understood why some members of Congress voted for the first government bailout during the Bush administration when lawmakers said it was needed to avoid massive business failures and a depression. She since has said she wouldn't have voted for bailouts then or now.

"It's not unexpected that the race would tighten after Harry Reid has spent $8 million going after me," Lowden said Wednesday, referring to how much his campaign has spent. "The Reid

campaign and Harry Reid do not want me to come out of this primary, and so they have targeted me."

In the past month, Lowden has been dogged by near daily attacks by the Democratic **Party** for suggesting people could barter with their doctors for cheaper health care.

She defended her remarks made at a town hall meeting in Mesquite by saying that in the old days, people even used chickens to barter, a comment that prompted video spoofs and late-night talk show jokes about her.

The gaffe hasn't had much effect on Republican primary voters, however, according to the new Mason-Dixon poll, which asked what effect her remarks would have on support for her.

Some 70 percent of those polled said Lowden's bartering remarks would have "no effect" on their voting decision, 15 percent said they would be "less likely" to vote for her, and 12 percent said they would be "more likely" to vote for her. Another 3 percent said they weren't sure.

Lowden said that during her campaign stops in rural Nevada, voters have told her that they're still bartering with doctors to get cheaper medical care in some cases.

"I never said this was my health care policy, but bartering is still happening out there in rural Nevada," Lowden said Wednesday. "Harry Reid is the one who's out of touch if he doesn't know that."

Lowden has been running a primary and general campaign at the same time, which has cost her support among staunch conservatives and **Tea Party** movement supporters.

According to the new poll, 58 percent said they consider themselves "a supporter of the **Tea Party** movement." Another 27 percent do not, and 15 percent said they don't know or refused to answer.

"I am a member of the **Tea Party** movement, as well, and many of my supporters and volunteers are members," said Lowden, who spoke at the **Tea Party** Express event in Searchlight and has attended many local **Tea Party** group events as candidates compete for that key slice of the 2010 vote.

"It's not unexpected that Sharron would get their support, but they know I'm one of them, too."

LAS VEGAS REVIEW-JOURNAL

reviewjournal.com

OPINION POLL

U.S. SENATE

-- If the 2010 Republican primary election for Nevada's U.S. Senate seat were held today would you vote for:

Sue Lowden 30%

Sharron **Angle** 25%

Danny Tarkanian 22%

John Chachas 3%

Chad christensen 2%

Undecided 18%

-- Republican Senate candidate Sue Lowden recently made remarks about bartering with doctors and saying "In the olden days our grandparents, they would bring a chicken to the doctor." Do Lowden's remarks make you more likely to vote for her in the primary, less likely to vote for her or do they have no real effect on your voting decision?

MORE LIKELY 12%

LESS LIKELY 15

NO EFFECT 70

NOT SURE 3

-- Would you support or oppose having Nevada enact a law similar to Arizona's that would give state and local law enforcement the **power** to ask people already stopped for possible violations of the law to show proof they are in the country legally and then arrest those that could not provide such proof?

SUPPORT 85%

OPPOSE 8

UNDECIDED 7

-- Do you consider yourself a supporter of the **Tea Party** movement, or not?

Yes 58%

No 27

Don't know/refused 15

-- Would you describe your personal political views as:

VERY CONSERVATIVE 43%

SOMEWHAT CONSERVATIVE 34

MODERATE 18

SOMEWHAT LIBERAL 3

VERY LIBERAL --

DON'T KNOW/REFUSED 2

Margin of error: plus or minus 4.5 percentage points.

SOURCE: Mason-Dixon Polling & Research Inc.

LAS VEGAS REVIEW-JOURNAL

Contact Laura Myers at lmyers@reviewjournal.com or 702-387-2919.

# EXHIBIT 3

# EXHIBIT 3

     

**DEMOCRATIC UNDERGROUND.COM** | Latest | Greatest | Lobby | Journals | Search | Options | Help | Login | Google [ ] | Site search [Search]

## U.S. SENATE RACE: Tea Party power fuels Angle

Printer-friendly format
Email this thread to a friend
Bookmark this thread

This topic is archived.
First thread | Last thread

**Home » Discuss » Latest Breaking News**




**pampango** ☆ (1000+ posts)                                           Thu May-13-10 02:57 PM
                                                                      Original message
**U.S. SENATE RACE: Tea Party power fuels Angle**



Source: **Las Vegas Review-Journal**

Fueled by a burst of support from the Tea Party, Sharron Angle has rocketed into a near dead heat with Sue Lowden in the white-hot U.S. Senate Republican primary, according to a new poll commissioned by the Las Vegas Review-Journal.

Lowden, who had been the Republican front-runner since February, lost support to Angle, the former Reno assemblywoman seen by likely Republican voters as the most conservative candidate in a contest in which three-quarters of Republican voters say they're somewhat or very conservative, the poll showed.

Danny Tarkanian lost ground to Angle, too. She passed him after gaining a bit of political star power and a bunch of financial support from an endorsement by the Tea Party Express, which launched radio and TV ads to help her win the GOP nomination to face U.S. Sen. Harry Reid in the fall.

All three top GOP candidates are capable of beating Reid, according to previous polls that have shown the Democratic Party incumbent in an uphill battle to win a fifth Senate term on Nov. 2.

Read more: http://www.lvrj.com/news/tea-party-power-fuels-angle-93...

Searching for **Tea Party power fuels Angle**?


**Las Vegas. No Deposit Casino Cash**
Get Free Casino Cash and enjoy over 300 games including: Blackjack, Roulette, Craps, Stud Poker, Vid...
http://www.NoDepositCasino.net

**Get $777 Casino Bonus. Free Casino...**
Get $777 free!!! A huge cash reward is just one spin away! Play at any of over 300 games and excite ...
http://www.poker-game.tv


**Free Casino Cash. Las Vegas**
Get $500 free (no deposit required) to spend on a variety of games. You'll have the most fun and exc...
http://www.online-slots.tv

Chitika | Premium

Printer Friendly | Permalink | | Top

· **Ads by Google**   Republican Tea Party      Angle      Angle Power Control      Bayford Fuels      Senator Sharon Angle
▽ Replies to this thread

| | | | |
|---|---|---|---|
| There's no such thing as "the Tea Party" | Bryn | May-13-10 03:06 PM | #1 |
| that's what nevada needs..... a f'ing conservative--- so much for the vegas hotel staff | happygoluckytoyou | May-13-10 03:21 PM | #2 |
| Lowden is the Barter with Chickens one? | SoapBox | May-13-10 03:35 PM | #3 |

**Bryn** ☆ (1000+ posts)                                              Thu May-13-10 03:06 PM
                                                                      Response to Original message
**1. There's no such thing as "the Tea Party"**


It's just a made up stuff by teabagger dirt group wasting away tea leaves.

Printer Friendly | Permalink | | Top

**happygoluckytoyou** (1000+ posts)                                                        Thu May-13-10 03:21 PM
                                                                                          Response to Original message
**2. that's what nevada needs..... a f'ing conservative--- so much for the vegas hotel staff**


Edited on Thu May-13-10 03:21 PM by happygoluckytoyou

Printer Friendly | Permalink | | Top

**SoapBox** (454 posts)                                                                    Thu May-13-10 03:35 PM
                                                                                          Response to Original message
**3. Lowden is the Barter with Chickens one?**


Chickens anyone?

http://lowdenplan.com /

Printer Friendly | Permalink | | Top

**DU AdBot** (1000+ posts)                                                                 Fri Jul 23rd 2010, 04:05 PM
                                                                                          Response to Original message
**Advertisements [?]**



Top

Big Forums    Go

**Home » Discuss » Latest Breaking News**                                                  DONATE

Powered by DCForum+ Version 1.1 Copyright 1997-2002 DCScripts.com
Software has been extensively modified by the DU administrators

**Important Notices:** By participating on this discussion board, visitors agree to abide by the rules outlined on our Rules page. Messages posted on the Democratic Underground Discussion Forums are the opinions of the individuals who post them, and do not necessarily represent the opinions of Democratic Underground, LLC.

Home | Discussion Forums | Journals | Store | Donate

About DU | Contact Us | Privacy Policy

Got a message for Democratic Underground? Click here to send us a message.

© 2001 - 2010 Democratic Underground, LLC

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007171977 / 2010-07-09

Application Title: Tea Party power fuels Angle.

Title:               Tea Party power fuels Angle.

Appears in:          Las Vegas Review-Journal, May 13, 2010

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-05-13

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                         States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                         Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                         States, (702) 527-5900, dbrownell@righthaven.com

Names:               Stephens Media LLC
                     Righthaven LLC

================================================================================
```