J. COLBY WILLIAMS, ESQ.
Nevada Bar No. 5549
jcw@campbellandwilliams.com
Campbell & Williams
700 South 7th Street
Las Vegas, Nevada 89101
(702) 382-5222
*Attorneys for Counterdefendant Stephens Media LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>Defendants.<br><hr>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>Counterdefendants. | Case No.: 2:10-cv-01356-RLH-RHH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COUNTERDEFENDANT STEPHENS MEDIA LLC TO FILE RESPONSIVE PLEADING TO COUNTERCLAIM**<br><br>**(First request)** |

     IT IS HEREBY STIPULATED BETWEEN Counterdefendant, Stephens Media LLC ("Stephens Media"), through its attorneys of record, and Defendant/Counterclaimant,

Democratic Underground, LLC, through its attorneys of record, that the date for Stephens Media to file a responsive pleading to the counterclaim filed herein (Docket No. 13-0) shall be extended from November 2, 2010 to November 17, 2010, in order to provide Stephens Media additional time to file a Rule 12 responsive pleading. This stipulation is sought in good faith and not for purposes of delay.

Dated this 1st day of November, 2010.

| ELECTRONIC FRONTIER FOUNDATION | CAMPBELL & WILLIAMS |
|---|---|
| By: /s/ Kurt Opsahl | By: /s/ J. Colby Williams |
| KURT OPSAHL, ESQ.<br>kurt@eff.org<br>CORYNNE MCSHERRY<br>corynne@eff.org<br>454 Shotwell Street<br>San Francisco, California 94110 | J. COLBY WILLIAMS, ESQ<br>Nevada Bar No. 5549<br>700 South 7th Street<br>Las Vegas, Nevada 89101<br>*Attorney for Counterdefendant*<br>*Stephens Media, LLC* |

CHAD A. BOWERS, ESQ.
bowers@lawyer.com
Nevada Bar No. 07283
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
*Attorneys for Defendant/Counterdefendant*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** ____November 2, 2010____