SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 683-4788 – telephone
(702) 922-3851 – facsimile

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff/Counterdefendant Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>Defendants.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>Counterclaimant, | Case No.: 2:10-cv-01356-RLH-RHH<br><br>**DECLARATION OF JOSEPH C. CHU IN SUPPORT OF PLAINTIFF/COUNTERDEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ADJUDICATION OR DISMISSAL OF COUNTERCLAIM** |

1

v.

RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,

Counterdefendants.

I, Joseph C. Chu, declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney-at-law admitted to practice in all courts of the State of Nevada. I have personal knowledge of the facts set forth below, except for those factual statements expressly made upon information and belief, and as to those facts, I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

2. I represent Plaintiff/Counterdefendant Righthaven LLC ("Righthaven"), in the capacity of staff attorney, in the above-referenced matter.

3. As of November 15, 2010, sixty-nine (69) Righthaven-initiated copyright actions are pending before the United States District Court for the District of Nevada (the "District of Nevada").

4. Of the sixty-nine (69) Righthaven-initiated copyright actions currently pending in the District of Nevada, four (4) of said actions arise from the textual reproduction of less than 75% of an entire Righthaven-owned literary work.

5. Of the sixty-nine (69) Righthaven-initiated copyright actions currently pending in the District of Nevada, fifty-one (51) of said actions arise from the holistic textual reproduction of an entire Righthaven-owned literary work.

6. As of November 15, 2010, all settlements reached between Righthaven and Righthaven copyright defendants have been, and are, subject to strict confidentiality provisions. Therefore, specific information concerning said settlement figures cannot be disclosed absent court order.

Signed and affirmed this fifteenth day of November, 2010 under the pains and penalties of perjury of the State of Nevada and of the United States of America.

      /s/ Joseph C. Chu
JOSEPH C. CHU, ESQ.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven LLC and that on this fifteenth day of November, 2010, I caused the **DECLARATION OF JOSEPH C. CHU IN SUPPORT OF PLAINTIFF/COUNTERDEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ADJUDICATION OR DISMISSAL OF COUNTERCLAIM** to be served by the Court's CM/ECF system.

By: /s/ J. Charles Coons

J. CHARLES COONS, ESQ.
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701