1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone:    (415) 875-2300
5  Facsimile:    (415) 281-1350

6  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
7  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
8  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
9  San Francisco, California 94110
   Telephone:    (415) 436-9333
10 Facsimile:    (415) 436-9993

11 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
12 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
13 Las Vegas, Nevada 89102
   Telephone:    (702) 457-1001
14
   Attorneys for Defendant and Counterclaimant
15 DEMOCRATIC UNDERGROUND, LLC, and
   Defendant DAVID ALLEN

16              **UNITED STATES DISTRICT COURT**
                 **FOR THE DISTRICT OF NEVADA**
17

18 | RIGHTHAVEN LLC, a Nevada limited liability company, | Case No. 10-01356-RLH (GWF) |

19              Plaintiff,

        v.

20 DEMOCRATIC UNDERGROUND, LLC, a District of      **MOTION FOR LEAVE TO**
21 Columbia limited-liability company; and DAVID ALLEN,   **FILE DEFENDANTS'**
   an individual,                                  **SUPPLEMENTAL**
                                                   **MEMORANDUM**
22              Defendants.                         **ADDRESSING RECENTLY**
                                                   **PRODUCED EVIDENCE**
                                                   **RELATING TO PENDING**
23 DEMOCRATIC UNDERGROUND, LLC, a District of      **MOTIONS AND THE**
   Columbia limited-liability company,            **SUPPORTING**
24                                                 **DECLARATION OF**
                Counterclaimant,                   **LAURENCE PULGRAM**
25
        v.

26 RIGHTHAVEN LLC, a Nevada limited liability company,
   and STEPHENS MEDIA LLC, a Nevada limited-liability
27 company,

28              Counterdefendants.

1                                    **MOTION FOR LEAVE**

2         Defendant and Counterclaimant Democratic Underground, LLC and Defendant David

3 Allen (collectively, "Democratic Underground" or "Defendants") hereby respectfully request that

4 the Court permit Defendants to file a Supplemental Memorandum Addressing Recently Produced

5 Evidence Relating to Pending Motions ("Supplemental Memorandum") and the Supporting

6 Declaration of Laurence Pulgram ("Pulgram Decl."), attached hereto as Exhibits 1 and 2

7 respectively.  As fully explained by Defendants' Supplemental Memorandum, this briefing is

8 necessary to address belatedly produced information highly relevant to the three currently

9 pending motions.  *See* Dkt. 36 (Righthaven's Motion to Dismiss); Dkt. 38-39 (Stephens Media's

10 Motion to Dismiss and Joinder); and Dkt. 45 (Democratic Underground's Cross Motion for

11 Summary Judgment).

12         Specifically, on February 28, 2011, Cross-Defendant Stephens Media, LLC ("Stephens

13 Media") produced a copy of ██████████████████████████████

14 ██ .  *See* Declaration of Laurence Pulgram ("Pulgram Decl."), Exhibit A ████████

15 ████████████████ never before revealed to any Court in this District, on its face

16 purports to ████████████████████████████████████████

17 ████████ *Id*.  While Righthaven has previously represented to the Court ████████████

18 ████████████████████████████████████████████████

19 ████████████ it (and Stephens Media) has heretofore failed to provide ████████████

20 ████████████████████████████ .

21         ████████████████████ provide substantial evidence relevant to the pending motions,

22 including that: ████████████████████████████████████████

23 ████████████████████████████████████

24 ████████████████████████████████████████

25 ████████████████████████████████

26 ████████████████████████████████████████

27 ████████████████████████████████████████

28 ████████████████████████████████████████

1 ██████████████████████████████████████████████████

2 ████████████████████████████████

3       Defendants request that the Court consider the Supplemental Memorandum and the

4 supporting Declaration of Laurence Pulgram as they address this new evidence and provide a

5 further basis upon which to deny the two Motions to Dismiss and to grant summary judgment on

6 the issue of fair use.  Given that this material was only recently and belatedly produced,

7 Defendants could not have addressed it in any of the prior briefing.  *See, e.g.*, *United States v.*

8 *Maris*, 2011 WL 468554, at *5 n.5 (D. Nev. Feb. 4, 2011) (granting leave to file supplemental

9 materials even after the hearing on a motion for summary judgment); *Mitchel v. Holder*, 2010 WL

10 816761, at *1 n.1 (N.D. Cal. Mar. 9, 2010) (granting leave to file supplemental brief in support of

11 motion for summary judgment addressing newly discovered evidence); *Lumsden v. United States*,

12 2010 WL 2232946, at *1 (E.D. N.C. June 3, 2010) (granting leave to submit additional newly

13 discovered evidence in support of motion for summary judgment).

14

15 Dated:  March 4, 2011                              Respectfully submitted,

16                                                    FENWICK & WEST LLP

17

18                                                    By:    /s/ *Laurence F. Pulgram*
                                                           LAURENCE F. PULGRAM, ESQ
19

20                                                    Attorneys for Defendant and Counterclaimant
                                                     DEMOCRATIC UNDERGROUND, LLC, and
21                                                    Defendant DAVID ALLEN

22

23

24

25

26

27

28