1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone:     (415) 875-2300
5  Facsimile:     (415) 281-1350

6  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
7  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
8  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
9  San Francisco, California 94110
   Telephone:     (415) 436-9333
10 Facsimile:     (415) 436-9993

11 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
12 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
13 Las Vegas, Nevada 89102
   Telephone:     (702) 457-1001
14
   Attorneys for Defendant and Counterclaimant
15 DEMOCRATIC UNDERGROUND, LLC, and
   Defendant DAVID ALLEN

16              **UNITED STATES DISTRICT COURT**
17                **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| 18  RIGHTHAVEN LLC, a Nevada limited liability company, | Case No. 10-01356-RLH (GWF) |
| 19                           Plaintiff,<br>     v. | |
| 20  DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual, | **[POROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM ADDRESSING RECENTLY PRODUCED EVIDENCE RELATING TO PENDING MOTIONS AND THE SUPPORTING DECLARATION OF LAURENCE PULGRAM** |
| 22                           Defendants. | |
| 23  DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company, | |
| 24                           Counterclaimant, | |
| 25       v. | |
| 26  RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company, | |
| 28                           Counterdefendants. | |

1       Having now considered Defendants' Motion For Leave to File Supplemental

2 Memorandum Addressing Recently Produced Evidence Relating To Pending Motions and the

3 supporting Declaration of Laurence Pulgram, and good cause appearing therefore,

4       **IT IS HEREBY ORDERED**:

5       That the Motion for Leave is GRANTED.

8 Dated: _____        _____

9                                             The Honorable Roger L. Hunt
United States District Judge