1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone:    (415) 875-2300
5  Facsimile:    (415) 281-1350

6  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
7  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
8  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
9  San Francisco, California 94110
   Telephone:    (415) 436-9333
10 Facsimile:    (415) 436-9993

11 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
12 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
13 Las Vegas, Nevada 89102
   Telephone:    (702) 457-1001
14
   Attorneys for Defendant and Counterclaimant
15 DEMOCRATIC UNDERGROUND, LLC, and
   Defendant DAVID ALLEN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company, | Case No. 10-01356-RLH (GWF) |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANTS' CONDITIONAL MOTION TO FILE DOCUMENTS UNDER SEAL** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual, | |
| Defendants. | |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company, | |
| Counterclaimant, | |
| v. | |
| RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company, | |
| Counterdefendants. | |

1   The Court having considered Defendants' Conditional Motion To File Documents Under
2 Seal, and good cause appearing therefore,

3   **IT IS HEREBY ORDERED**:

4   1)   That the following documents be filed under seal at this time: (i) Defendants'
5 Motion for Leave to File Supplemental Memorandum Addressing Recently Produced Evidence
6 Relevant to Pending Motions,  (ii) Defendants' Supplemental Memorandum Addressing Recently
7 Produced Evidence Relevant To Pending Motions, (iii) Declaration of Laurence Pulgram, and (iv)
8 Exhibit A to Declaration of Laurence Pulgram.

9   2)   That within fourteen (14) days of the date of this Order, (i) the parties shall file a
10 stipulation as to which portions of said Exhibit A and the Supplemental Memorandum shall
11 remain under seal or, (ii) if no stipulation is reached by the parties, Counterdefendants Stephens
12 Media, LLC and Righthaven, LLC shall file with the Court their justification for retaining Exhibit
13 A under seal, with any Reply thereto by Defendants to be filed within seven days thereafter.

Dated:  March 8, 2011

_____
The Honorable ROGER L. HUNT
United States District Judge

[PROPOSED] ORDER GRANTING CONDITIONAL MOTION
TO FILE DOCUMENTS UNDER SEAL

Case No. 2:10-cv-01356-RLH (GWF)