1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, California 94104
   Telephone:    (415) 875-2300
5  Facsimile:    (415) 281-1350

6  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
7  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
8  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
9  San Francisco, California 94110
   Telephone:    (415) 436-9333
10 Facsimile:    (415) 436-9993

11 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
12 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
13 Las Vegas, Nevada 89102
   Telephone: (702) 457-1001
14
   Attorneys for Defendant and Counterclaimant
15 DEMOCRATIC UNDERGROUND, LLC, and
   Defendant DAVID ALLEN

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br>    v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>    Defendants. | Case No. 10-01356-RLH (GWF)<br><br>**[PROPOSED] ORDER DENYING RIGHTHAVEN LLC'S MOTION FOR RECONSIDERATION** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>    Counterclaimant,<br>    v.<br><br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>    Counterdefendants. | |

1   The Court having considered the motion for reconsideration (Dkt. 78) and opposition
2   (Dkt. 82), and good cause appearing,
3   **IT IS HEREBY ORDERED**:
4   1) That the motion for reconsideration is hereby DENIED;
5   2) That Counterdefendants shall have twenty eight days from the filing of the motion for
6   reconsideration, through and including April 6, 2011 in which to file a Response to Defendants'
7   Supplemental Brief, and that Defendants shall have seven days thereafter, through and including
8   April 13, 2011 in which to file a Reply.

10  Dated: _____, 2011               _____
                                                The Honorable ROGER L. HUNT
11                                              United States District Judge

PROPOSED ORDER DENYING RIGHTHAVEN LLC'S
MOTION FOR RECONSIDERATION                    1              CASE NO. 2:10-CV-01356-RLH (GWF)