SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff/Counterdefendant Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01356-RLH-GWF<br><br>**RIGHTHAVEN LLC'S JOINDER IN STEPHENS MEDIA LLC'S MOTION FOR LEAVE TO FILE RESPONSE TO DEMOCRATIC UNDERGROUND, LLC'S AND DAVID ALLEN'S SUPPLEMENTAL BRIEF AND SUPPORTING DECLARATION** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>Counterdefendants. | |

1

Righthaven LLC ("Righthaven") hereby joins in Stephens Media LLC's Motion for Leave to File Response to Democratic Underground, LLC's and David Allen's Supplemental Memorandum Addressing Recently Produced Evidence Relating to Pending Motions (Doc. # 81.)  This request is consistent with the alternative relief sought in Righthaven's motion for reconsideration (Doc. # 78), in which it asks the Court to enter a briefing schedule that grants sufficient time for Righthaven to address the issues presented in Defendants' supplemental brief.  Righthaven's filing requested a minimum of twenty-one (21) days to respond to the supplemental brief should reconsideration be denied.  This relief is also sought through submission of this joinder to Stephens Media LLC's motion (Doc. # 81).

Dated this 21st day of March, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 21st day of March, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Righthaven LLC*