SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-04732
Fax: (702) 922-3851

*Attorney for Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.: 2:10-cv-01356-RLH-RJJ |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR RIGHTHAVEN LCC TO FILE RESPONSE TO DEFENDANTS FIRST MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS** |
| v. | |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual, | **(First Request)** |
| Defendants. | |

DEMOCRATIC UNDERGROUND, LLC, a
District of Columbia limited-liability company,

        Counterclaimant,

v.

RIGHTHAVEN LLC, a Nevada limited-
liability company; and STEPHENS MEDIA
LLC, a Nevada limited-liability company,

        Counterdefendants.

1

IT IS HEREBY STIPULATED BETWEEN Plaintiff/Counterdefendant, Righthaven LLC ("Righthaven"), through its attorneys of record, Defendant/Counterclaimant, Democratic Underground, LLC ("Democratic Underground") and Defendant David Allen (collectively referred to as "Defendants"), through their attorneys of record, and Counterdefendant, Stephens Media LLC ("Stephens Media"), through its attorneys of record, that Righthaven's Response to Democratic Underground's Motion to Compel (Doc. # 95) shall be due on or before May 17, 2011.  In view of this extension of time, Democratic Underground shall have a two-day extension of time to file its reply to Righthaven's response.

This stipulation for extension of time is being granted to accommodate Righthaven's counsel's schedule, which includes attendance at deposition testimony and several substantive responses to dispositive motions in other pending actions.  This stipulation is sought in good faith and not for purposes of delay.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated this 12th day of May, 2011.

FENWICK & WEST

By: /s/ Laurence F. Pulgram
LAURENCE F. PULGRAM, ESQ.
 lpulgram@fenwick.com
CLIFFORD C. WEBB, ESQ.
cwebb@fenwick.com
555 California Street, 12th Floor
San Francisco, California 94104

KURT OPSAHL, ESQ.
CORYNNE MCSHERRY, ESQ.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110

CHAD A. BOWERS, ESQ.
Nevada Bar No. 7283
CHAD A. BOWERS, LTD.
bowers@lawyer.com
3202 West Charleston Boulevard
Las Vegas, Nevada 89102

*Attorneys for Democratic Underground, LLC
 and David Allen*

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701

*Attorney for Righthaven LLC*

CAMPBELL & WILLIAMS

By: /s/ J. Colby Williams
J. COLBY WILLIAMS, ESQ.
Nevada Bar No. 5549
jcw@campbellandwilliams.com
DONALD J. CAMPBELL, ESQ.
Nevada Bar No. 1216
djc@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101

*Attorneys for Stephens Media LLC*

**IT IS SO ORDERED:**

*George Foley Jr.*

GEORGE FOLEY, JR.
UNITED STATES MAGISTRAGE JUDGE

**DATED:**  May 13, 2011