1  CAMPBELL & WILLIAMS
2  DONALD J. CAMPBELL, ESQ. (1216)
   J. COLBY WILLIAMS, ESQ. (5549)
3  700 South Seventh Street
   Las Vegas, Nevada 89101
4  Telephone: (702) 382-5222
   Facsimile: (702) 382-0540
5  Email: djc@campbellandwilliams.com
6         jcw@campbellandwilliams.com

7  Attorneys for Counterdefendant
   Stephens Media, LLC
8

9              UNITED STATES DISTRICT COURT

10                 DISTRICT OF NEVADA

11  RIGHTHAVEN LLC, a Nevada limited-          Case No.: 2:10-cv-01356-RLH-GWF
    liability company,
12
              Plaintiff,
13
    v.
14                                             **DECLARATION OF MARK HINUEBER
    DEMOCRATIC UNDERGROUND, LLC, a             IN SUPPORT OF COUNTER-
15  District of Columbia limited-liability     DEFENDANT STEPHENS MEDIA
    company; and DAVID ALLEN, an              LLC'S RESPONSE TO
16  individual,                                DEFENDANT/COUNTERCLAIMANT
                                               DEMOCRATIC UNDERGROUND'S
17            Defendants.                      MOTION TO COMPEL PRODUCTION
                                               OF DOCUMENTS AND DECLARATION
18                                             IN SUPPORT THEREOF (#95, #96)**

19

20  DEMOCRATIC UNDERGROUND, LLC, a
    District of Columbia limited-liability
21  company,

22            Counterclaimant,

23
    v.
24
    RIGHTHAVEN LLC, a Nevada limited-
25  liability company; and STEPHENS MEDIA
    LLC, a Nevada limited-liability company,
26

27            Counterdefendants.

28



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

I, MARK A. HINUEBER, declare under penalty of perjury as follows:

1.      I am a resident in the State of Nevada.  I am the Vice President and General Counsel of Stephens Media LLC which publishes a variety of daily and weekly newspapers across the country, including the Las Vegas *Review-Journal*.

2.      I have personal knowledge of the facts stated herein, unless stated upon information and belief, and to those facts I believe them to be true.  I am competent to testify to the matters stated herein.

3.      I offer this Declaration in Support of Stephen Media's Response to Defendant/Counterclaimant Democratic Underground's Motion to Compel Production of Documents and Declaration in support thereof (#95, #96).

4.      I am aware that the Strategic Alliance Agreement contemplates the creation of certain documents to effectuate a copyright assignment.  Such documents include the "Searching Decision," "Material Risk Conclusion," "Infringement Notice," "Copyright Assignment Notice," "Remediation Option Notice," and "Declination Notice."

5.      I have searched my files for copies of the foregoing documents in connection with the assignment from Stephens Media to Righthaven of the copyright to the news article titled *"Tea Party power fuels Angle"* ("News Article").  I have found no responsive documents and do not believe any exist.

6.      Generally, I will only receive a forwarding letter from Righthaven that accompanies a proposed copyright assignment for a Las Vegas *Review-Journal* article.  I cannot recall whether I received a forwarding letter for the News Article at issue in this litigation.  To date, I have not located such a document.  For the convenience of the Court and the parties, I have attached as Exhibit A to this Declaration an exemplar of a typical forwarding letter that was sent

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

Page 2 of 3

1   in connection with a different article.  If I find a forwarding letter for the News Article at issue

2   herein, I will certainly produce a copy forthwith.

3
4   7.      I am aware that Jackson Farrow is General counsel for Stephens Capital Partners

5   LLC, which is an affiliate of Stephens Media.  Stephens Media executives, including myself,

6   routinely communicate with Mr. Farrow on a variety of subjects that are wholly unrelated to

7   Righthaven.

8   8.      I declare under the penalty of perjury under the laws of the United States of

9   America that the foregoing is true and correct.

10      Executed this 15th day of May, 2011 in Las Vegas, Nevada.

11

12

13          */s/ Mark A. Hinueber*
            MARK A. HINUEBER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

# EXHIBIT A

# EXHIBIT A

RIGHT*HAVEN* LLC
CONQUISTADOR BUSINESS PARK
9960 WEST CHEYENNE AVENUE, SUITE 210
LAS VEGAS, NEVADA 89129
TELEPHONE 702.527.5900     FACSIMILE 702.527.5909

*Writer's Electronic Mail:*
ccoons@righthaven.com

May 20, 2010

*Via Hand Delivery*

Mark A. Hinueber, Esq.
Stephens Media LLC
1111 West Bonanza Road
Las Vegas, Nevada 89106

Dear Mr. Hinueber:

    Please find attached an executable copyright assignment for the copyright held by Stephens Media LLC ("Stephens") from the *Las Vegas Review-Journal.* The literary work listed below (the "Stephens Article"), is the subject of apparently unauthorized reproduction by ▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬ reproduced at the website ▬▬▬▬▬▬▬▬. Enclosed is the executable assignment a reproduction of the original *Las Vegas Review-Journal* online work and the apparently infringing work by ▬▬▬▬



    Righthaven intends to pursue infringement actions, as described in Section 3.3 of the Strategic Alliance Agreement between Righthaven and Stephens (the "Agreement"), with respect to ▬▬▬. If you wish for Righthaven to refrain from pursuing infringement actions with respect to any or all of the Stephens Articles, please advise us within five business days, in accordance with Section 3.3 of the Agreement.

    Additionally, to file applications to register copyrights with respect to the Stephens Articles, Righthaven will require two copies of the "best edition" of each of the Stephens Articles, for deposit with the United States Copyright Office (the "USCO"). Righthaven will submit the copyright registrations with a copy of the online version of each Stephens Article as the "best edition" available.

    The USCO may request a single-page tearsheet, a clipping, or even a photocopy of an article as first published in print to satisfy the "best edition" requirement. Righthaven will inform Stephen's Media if the USCO makes such a request.

RIGHT*HAVEN* LLC

Mark A. Hinueber, Esq.
May 20, 2010
Page 2

Thank you in advance for your assistance with these matters.

Best regards,

RIGHT*HAVEN* LLC

/s/
J. Charles Coons
*Copyright Counsel and Technology Specialist*

Enclosures (1)

cc: