SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

*Attorney for Plaintiff/Counterdefendant Righthaven LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-01356-RLH-GWF<br><br>**RIGHTHAVEN LLC'S ERRATUM AND CLARIFICATION TO RESPONSE TO DEFENDANTS' SUPPLEMENTAL MEMORANDUM ADDRESSING RECENTLY PRODUCED EVIDENCE RELATING TO PENDING MOTIONS** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>Counterdefendants. | |

Plaintiff/Counterdefendant Righthaven LLC ("Righthaven") hereby files this erratum and clarification concerning its earlier filed Response to Defendants Democratic Underground, LLC's ("Democratic Underground") and David Allen's ("Allen" and collectively referred to herein with Democratic Underground as "Defendants") Supplemental Memorandum Addressing Recently Produced Evidence Relating to Pending Motions (the "Response", Doc. # 100) as set forth herein.

First, Righthaven hereby advises the Court that its counsel mistakenly failed to omit footnote 1 in the final, PDF version of submitted the Response. (Doc. # 100 at 5 n. 1.)  The argument advanced in footnote 1 does not accurately reflect a request by either Righthaven or Stephens Media LLC ("Stephens Media") for leave of Court to join or otherwise substitute Stephens Media as Plaintiff in this action, or any other pending actions, as a procedural mechanism for curing any alleged defect in standing. (*Id.*)  Indeed, Stephens Media had specifically requested on May 9, 2011 that the subject footnote be removed from Righthaven's draft Response prior to filing in light of the positions that Stephens Media has asserted throughout this action.  Accordingly, Righthaven expressly withdraws footnote 1, and all content contained therein, on the grounds that it was erroneously submitted in the final PDF filed version of its Response.  (Doc. # 100 at 5 n. 1.)  Righthaven and its counsel apologize to the Court and to the parties for any misunderstanding caused by the failure to omit footnote 1 in its submitted version of the Response

As a secondary matter, Righthaven wishes to clarify the discrepancies existing between the execution dates for the Assignment submitted in support of the Response (Doc. # 100) and the later execution date for another assignment of the Work produced or otherwise filed by the parties in this action.  The Assignment was executed and relied upon for registration of the Work with the United States Copyright Office ("USCO"), as set forth in the supporting declarations submitted by Righthaven (Doc. ## 101, 102.)  A second, redundant, assignment for the Work was subsequently executed, and which was produced and/or filed in this action, that reflected a later execution date.  This second assignment was completely unnecessary and was not required to obtain registration of the Work from the USCO.  In fact, Righthaven's undersigned counsel

1 previously disclosed this discrepancy to at least one attorney, Kurt Opshal, Esq. of the Electronic
2 Frontier Foundation, prior to meet and confer efforts in another action.  Accordingly, Righthaven
3 submits this filing in order to clarify the record with regard to the existence of these two
4 assignments.

5       Dated this 24th day of May, 2011.

            SHAWN A. MANGANO, LTD

            By: /s/ Shawn A. Mangano
            SHAWN A. MANGANO, ESQ.
            Nevada Bar No. 6730
            shawn@manganolaw.com
            9960 West Cheyenne Avenue, Suite 170
            Las Vegas, Nevada 89129-7701
            Tel: (702) 304-0432
            Fax: (702) 922-3851

            *Attorney for Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 24th day of May, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Righthaven LLC*