# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>                    Defendants.<br><hr>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br>                    Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>                    Counterdefendants. | Case No.:  2:10-cv-01356-RLH-CWF<br><br>**[PROPOSED] ORDER GRANTING RIGHTHAVEN LLC'S APPLICATION TO INTERVENE AS OF RIGHT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(A)(2)** |

Presently before the court is Righthaven LLC's application to intervene as of right pursuant to Fed. R. Civ. P. 24(a)(2). "In evaluating whether Rule 24(a)(2)'s requirements are met, [courts] normally follow practical and equitable considerations and construe the Rule broadly in favor of proposed intervenors." *Wilderness Soc. v. U.S. Forest Serv.*, 630 F.3d 1173, 1179 (9th Cir. 2011).

Given Righthaven's current ownership of the copyright at issue in the case, intervention under Rule 24(a)(2) is appropriate.

Good cause appearing,

IT IS ORDERED, ADJUDGED, AND DECREED that Righthaven's application to intervene as of right is GRANTED.

_____

**UNITED STATES DISTRICT JUDGE**