# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RIGHTHAVEN LLC

　　　　Plaintiff,

vs.

DEMOCRATIC UNDERGROUND LLC, et al.,

　　　　Defendant(s).

Case # 2:10-cv-01356-RLH-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Dale M. Cendali_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at __Mount Kisco__ (city) __Westchester__ (county), __New York__ (state).

2. That Petitioner is an attorney at law and a member of the law firm of __Kirkland & Ellis LLP__ with offices at __601 Lexington Avenue__ (street address), __New York__ (city), __10022__ (zip code), __(212) 446-4800__ (area code + telephone number).

__dale.cendali@kirkland.com__
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by Righthaven LLC and Stephens Media LLC [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since May 1, 1985 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| Please see attached list. | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

n/a

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association
NYS Bar Association
Association of the Bar of City of New York
International Trademark Association
Copyright Society

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 5/16/2011 | 2:10-cv-01575-JCM-PAL | US District Court, DNV | Granted |
| 10/07/2010 | A582492, DEPT. XXII | Nevada State Court | Granted |
| 9/2/2010 | A558164, DEPT. XX | Nevada State Court | Granted |
| 8/17/2010 | A576520, DEPT. XXIII | Nevada State Court | Granted |
| 8/12/2010 | A572949, DEPT. XVI | Nevada State Court | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF New York )
COUNTY OF New York )

 Dale M. Cendali , Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 3rd day of May 2011.

_____
Notary public or Clerk of Court

JORDAN D. KNOL
NOTARY PUBLIC, State of New York
No. 01KN6235896
Qualified in Queens County
Commission Expires Feb. 14, 2015

**DESIGNATION OF RESIDENT ATTORNEY
ADMITTED TO THE BAR OF THIS COURT
AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Shawn A. Mangano , Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

9960 West Cheyenne Avenue, Suite 170
Las Vegas, NV  89129
(702) 304-0432

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Shawn A. Mangano_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  6730
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: June 23, 2011

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07,06

Attorney Bar Admission Tracking                                        Page 1 of 1

## Kirkland & Ellis LLP

Bar Admissions of: Dale M. Cendali ID#: 41743 Office: New York

### US STATE BAR

| Jurisdiction | State | Admission Date | License Number | Status |
|---|---|---|---|---|
| New York State Court | NY | 2/4/1985 | 1969070 | Active |

### US FEDERAL BAR

| Jurisdiction | Admission Date | License Number | Status |
|---|---|---|---|
| US District Court, NDNY | 10/15/2010 | 516530 | Active |
| US Court of Appeals, Sixth Circuit | 7/7/2010 | | Active |
| US Court of Appeals, Third Circuit | 7/3/2008 | | Active |
| US Supreme Court | 11/1/2002 | | Active |
| US Court of Appeals, Ninth Circuit | 11/12/2001 | | Active |
| US District Court, NDCA | 11/30/1993 | | Active |
| US Court of Appeals, Federal Circuit | 10/31/1990 | | Active |
| US Court of Appeals, Second Circuit | 3/20/1989 | | Active |
| US District Court, EDMI | 2/24/1988 | | Active |
| US District Court, EDNY | 5/14/1985 | | Active |
| US District Court, SDNY | 5/1/1985 | DC2676 | Active |

### Non-US ADMISSIONS & QUALIFICATIONS

There are no Non-US Bar Admissions & Qualifications.

### US PRO HAC VICE

| Jurisdiction | State | Admission Date | Case No | Case Description |
|---|---|---|---|---|
| US District Court, NDIL | IL | 1/12/2011 | 10 CV 7790 | Arcadia Group Brands Limited et al v. Studio Moderna SA et al |
| New Jersey State Court | NJ | 1/26/2010 | 098 CV 4354 | CCP Systems AG vs. Samsung, et al. |
| US District Court, DMN | MN | 11/9/2009 | 09 C 3045 | TETRIS HOLDING, LLC, ET AL. V. FARINA, ET AL. |