SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 683-4788 – telephone
(702) 922-3851 – facsimile

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven LLC*
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:10-cv-01356-RLH-RHH<br><br>**SUBSTITUTION OF COUNSEL BY STIPULATION PURSUANT TO LR IA 10-6(c)** |

Pursuant to LR IA 10-6, Righthaven LLC ("Righthaven") hereby substitutes Shawn A. Mangano, Esq., of Shawn A. Mangano, Ltd., 9960 West Cheyenne Avenue, Suite 170, Las

Vegas, Nevada 89129, (702) 683-4788 (telephone), (702) 922-3851 (facsimile), e-mail: shawn@manganolaw.com, as counsel of record in place and stead of Steven A. Gibson, Esq. Upon approval by the Court of this Substitution of Counsel by Stipulation, Steven A. Gibson shall be removed from all captions, electronic notices and service lists. All other counsel of record for Righthaven shall continue to be provided with electronic notices and service in this action.

DATED: November 12, 2010

RIGHTHAVEN LLC

By: ____________________
Name:
Title:
*Plaintiff*

I consent to the above substitution.

DATED: November 12, 2010

By: ____________________
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
sgibson@righthaven.com

I am duly admitted to practice in this District and I accept the above substitution of counsel pursuant to LR IA 10-6. I have been RETAINED in this action.

DATED: November 12th, 2010

By: ____________________
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 683-4788 – telephone
(702) 922-3851 – facsimile

APPROVED:

DATED: June 27, 2011

____________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of Righthaven and that on this twelfth day of November, 2010, I caused the **SUBSTITUTION OF COUNSEL BY STIPULATION PURSUANT TO LR IA 10-6(c)** to be served by the Court's CM/ECF system.

By: /s/ Shawn A. Mangano

SHAWN A. MANGANO, ESQ.
SHAWN A. MANGANO, LTD.
Conquistador Business Park
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 683-4788
Fax: (702) 922-3851

J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
JOSEPH C. CHU, ESQ.
Nevada Bar No. 11082
RIGHTHAVEN LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701

*Attorneys for Plaintiff Righthaven LLC*