1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
3  JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
   jjjohnson@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California 94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350

7  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
8  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
9  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
10 San Francisco, California 94110
   Telephone:    (415) 436-9333
11 Facsimile:    (415) 436-9993

12 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
13 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
14 Las Vegas, Nevada 89102
   Telephone:    (702) 457-1001

15 Attorneys for Defendant and Counterclaimant
   DEMOCRATIC UNDERGROUND, LLC, and
16 Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company, | Case No. 2:10-01356-RLH (GWF) |
| Plaintiff, | |
| v. | |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REVISED DISCOVERY SCHEDULE** |
| Defendants. | |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company, | |
| Counterclaimant, | **(SECOND REQUEST)** |
| v. | |
| RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company, | |
| Counterdefendants. | |

IT IS HEREBY STIPULATED BETWEEN Counterclaimant Democratic Underground, LLC ("Democratic Underground") and Counterdefendant Stephens Media LLC ("Counterdefendant"), through their attorneys of record, as follows:

1. On February 24, 2011, this Court entered the Joint Stipulation and Order to Stay Discovery Conducted Pursuant to Federal Rules of Civil Procedure 20 and 45 Until Adjudication of Pending Motions (the "Stipulation and Order Staying Discovery"), which tolled discovery deadlines set forth in the Joint Discovery Plan and Scheduling Order (Docket "Dkt." 54) "for the duration of time from February 10 until ruling by the Court on the pending Motions for Voluntary Dismissal, the Cross-MSJ, and the Motion to Dismiss" (collectively, "the Motions").  (Dkt. 71, ¶ 15).

2. Pursuant to the Stipulation and Order Staying Discovery, "[w]ithin 10 days of such ruling, the parties shall submit a proposed agreed order resetting discovery dates on an equivalent schedule."  (Dkt. 71, ¶ 15).

3. On June 14, 2011, the Court ruled on the Motions, dismissing Righthaven's complaint in its entirety for Righthaven's lack of standing and denying Stephens Media's Motion to Dismiss.  (Dkt. 116).

4. Democratic Underground's Counterclaim still survives.

5. On June 23, 2011, Righthaven filed an Application to Intervene.

6. On June 29, 2011, Stephens Media filed a Motion for Reconsideration of the denial of its Motion to Dismiss.

7. Democratic Underground may seek a stipulation or leave to file an Amended Counterclaim.

8. The parties agree that it would be necessary and beneficial to determine who the parties are and what claims are at issue prior to submitting a proposed agreed order resetting discovery cutoff dates.

9. Accordingly, the parties respectfully request, and the parties have agreed, to extend the deadline for them to submit a proposed agreed order resetting discovery dates to the date within 10 days of the resolution of participation of parties and their pleadings in this action.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

JOINT STIP AND [PROP] ORDER TO EXTEND TIME TO FILE REVISED DISCOVERY SCHEDULE          1          CASE NO. 2:10-CV-01356-RLH (GWF)

This is the second request related to the discovery plan.  This stipulated extension is sought in good faith and not for purposes of delay.

Dated this 30 day of June, 2011

| FENWICK & WEST LLP | RIGHTHAVEN LLC |
|---|---|
| By:    /s/ *Laurence Pulgram* <br>     LAURENCE PULGRAM, ESQ | By:    /s/ *Shawn A. Mangano* <br>     SHAWN A. MANGANO, ESQ |
| Laurence Pulgram, Esq. <br> Fenwick & West LLP <br> 555 California Street, 12th Floor <br> San Francisco, California  94104 <br> Attorneys for Defendants and Counterclaimant DEMOCRATIC UNDERGROUND, LLC, and Defendant DAVID ALLEN | Shawn A. Mangano, Esq. <br> Shawn A. Mangano, Ltd. <br> 9960 West Cheyenne Avenue, Suite 170 <br> Las Vegas, Nevada 89129 <br> Attorneys for Plaintiff/Counterdefendant RIGHTHAVEN LLC |

STEPHENS MEDIA LLC

By:    /s/ *J. Colby Williams*
    J. COLBY WILLIAMS, ESQ

J. Colby Williams, Esq.
Campbell & Williams
700 South Seventh Street
Las Vegas, Nevada 89101
Attorneys for Counterdefendant
STEPHENS MEDIA LLC

**ATTORNEY ATTESTATION**

I hereby attest that the concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ *Laurence F. Pulgram*
Laurence F. Pulgram

**IT IS SO ORDERED:**

Dated: July 1, 2011

*George Foley Jr.*
GEORGE W. FOLEY, Jr.
United States Magistrate Judge