UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>                Plaintiff,<br><br>vs.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>                Defendants. | Case No.: 2:10-cv-01356-RLH-GWF<br><br>**O R D E R**<br><br>(Motion for Leave to File an Amicus Curiae Brief–#124) |

Before the Court is Citizens Against Litigation Abuse, Inc.'s **Motion for Leave to File an *Amicus Curiae* Brief** (#124, filed June 28, 2011). The Court accepts Citizens Against Litigation Abuse's *amicus curiae* brief. Further, Righthaven may file a response, if any, no later than July 25, 2011. If Righthaven files a response, Citizens Against Litigation Abuse may then file a reply no later than August 8, 2011.

### CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Citizens Against Litigation Abuse's Motion for Leave to File an *Amicus Curiae* Brief (#124) is GRANTED. The Clerk of the Court is directed to file Citizens Against Litigation Abuse's brief.

Dated: July 5, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**