SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel:     (702) 304-0432
Fax:    (702) 922-3851

DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:     (212) 446-4800
Fax:    (212) 446-4900

*Attorneys for Plaintiff Righthaven LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>         Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>         Defendants. | Case No.:  2:10-cv-01356-RLH-CWF<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF RIGHTHAVEN LLC'S APPLICATION TO INTERVENE AS OF RIGHT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(A)(2)** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br>         Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br>         Counterdefendants. | |

1  On June 23, 2011, Righthaven LLC ("Righthaven") moved the Court to intervene in this action as of right pursuant Federal Rule of Civil Procedure 24(a)(2) ("Application"). (Dkt. 120.) In its Application, Righthaven addressed the basis for its standing to sue for copyright infringement under the Clarification and Amendment to Strategic License Agreement ("Amendment").

Although Righthaven continues to believe that the Amendment was sufficient to confer standing to sue, Righthaven and Stephens Media wish to put the standing issue to rest. Therefore, these parties have further amended the Strategic Alliance Agreement in order to address the concerns raised in *Righthaven LLC v. Hoehn*, where the Court in that case found that Righthaven lacked standing to sue, even under the Amendment. Doc. # 28, Case. No. 2:11-CV-00050-PMP-RJJ (D. Nev.) (Pro, J.) The Amended and Restated Strategic Alliance Agreement ("Restated and Amended SAA") was executed on July 7, 2011, and is attached hereto as Exhibit 1. The Restated and Amended SAA gives Righthaven the sole discretion to determine whether or not to bring an infringement action based on an assigned copyright. Further, as in the first Amendment, Righthaven is the sole owner of each assigned copyright, and Stephens Media holds only a non-exclusive license. Stephens Media may not encumber Righthaven's rights in any assigned copyright, and Stephens Media's option to re-purchase any assigned copyright does not accrue until five years after the copyright is assigned. In short, there can be no question that Righthaven is the only true owner of any assigned copyright and thus, has standing to sue for infringement.

Shortly after the Restated and Amended SAA was executed, Righthaven's counsel informed counsel for the defendants and counsel for *amicus curiae* of the existence of the new agreement, sent them a copy of the agreement, and informed them of Righthaven's intention to inform the Court of this recent development. Righthaven communicated to counsel that it was amenable to requesting an additional briefing schedule from the Court in the event that the defendants wished to address the issue of standing under the Restated and Amended SAA. Defendants have indicated that they would like the opportunity to address the Restated and Amended SAA.

Given these recent developments, Righthaven has submitted along with this supplemental memorandum a revised proposed complaint, which alleges facts relating to standing under the

Restated and Amended SAA.  *See* Exhibit 2.  The parties are currently working to provide the Court with a stipulated revised briefing schedule.

Dated this 11th day of July, 2011.

        SHAWN A. MANGANO, LTD.

        <u>By: /s/ Shawn A. Mangano</u>
        SHAWN A. MANGANO, ESQ.
        Nevada Bar No. 6730
        shawn@manganolaw.com
        9960 West Cheyenne Avenue, Suite 170
        Las Vegas, Nevada  89129-7701
        Tel:     (702) 304-0432
        Fax:    (702) 922-3851

        DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
        dale.cendali@kirkland.com
        KIRKLAND & ELLIS LLP
        601 Lexington Avenue
        New York, New York  10022
        Tel:     (212) 446-4800
        Fax:    (212) 446-4900

        *Attorneys for Plaintiff Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 11th day of July, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel:    (702) 304-0432
Fax:   (702) 922-3851

*Attorney for Righthaven LLC*