SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel:     (702) 304-0432
Fax:    (702) 922-3851

DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:     (212) 446-4800
Fax:    (212) 446-4900

*Attorneys for Plaintiff Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>　　　　　Defendants. | Case No.:  2:10-cv-01356-RLH-CWF<br><br>**JOINT STIPULATION AND ORDER TO REVISE THE BRIEFING SCHEDULE FOR RIGHTHAVEN LLC'S APPLICATION TO INTERVENE AS OF RIGHT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(A)(2) AND STEPHENS MEDIA'S MOTION FOR RECONSIDERATION**<br><br>**(FIRST REQUEST)** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>　　　　　Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>　　　　　Counterdefendants. | |

1

IT IS HEREBY STIPULATED BETWEEN Counterclaimant Democratic Underground, LLC ("Democratic Underground"), Counterclaim defendant Stephens Media LLC ("Stephens Media") and Righthaven LLC ("Righthaven"), through their attorneys of record, as follows:

1. On June 14, 2011, the Court dismissed Righthaven's complaint for lack of standing and denied Stephens Media's motion to dismiss Democratic Underground's counterclaim (Dkt. 116).

2. On June 23, 2011, Righthaven moved the Court to intervene in this action as of right pursuant Federal Rule of Civil Procedure 24(a)(2) ("Application"). (Dkt. 120.) In its Application, Righthaven addressed the asserted basis for its standing to sue for copyright infringement under the Clarification and Amendment to Strategic License Agreement ("Amendment").

3. On June 28, 2011, Stephens Media moved for reconsideration of the Court's decision not to dismiss Democratic Underground's counterclaim. (Dkt. 126.) Stephens Media based its motion on its asserted lack of ownership of the copyright at issue under the Amendment.

4. On July 11, 2011, Righthaven filed a supplemental memorandum in support of its application to intervene, apprising the Court of the Amended and Restated Strategic Alliance Agreement ("Restated and Amended SAA"), which was executed on July 7, 2011. Righthaven and Stephens Media assert that they executed the Restated and Amended SAA in order to address the concerns raised in *Righthaven LLC v. Hoehn*, where the Court in that case found that Righthaven lacked standing to sue under the Amendment. Doc. # 28, Case. No. 2:11-CV-00050-PMP-RJJ (D. Nev.) (Pro, J.)

5. Both Democratic Underground and Stephens Media would like the opportunity to address Righthaven's standing under the Restated and Amended SAA. Therefore, the parties agree to, and respectfully request, a revised briefing schedule as follows:

- Stephens Media shall have **until July 15, 2011** to supplement its motion for reconsideration.

- Democratic Underground shall have *until July 26, 2011* to file a single memorandum in opposition to Righthaven's application to intervene and Stephens Media's motion for reconsideration.

- Stephens Media and Righthaven shall have *until August 2, 2011* to submit a reply to Democratic Underground's opposition.

This stipulation is sought in good faith and not for purposes of delay.

Dated this 13th day of July, 2011.

| FENWICK & WEST | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ Laurence F. Pulgram<br>LAURENCE F. PULGRAM, ESQ.<br>lpulgram@fenwick.com<br>555 California Street, 12th Floor<br>San Francisco, California 94104<br><br>KURT OPSAHL, ESQ.<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, California 94110<br><br>CHAD A. BOWERS, LTD.<br>CHAD A. BOWERS, ESQ.<br>Nevada Bar No. 7283<br>bowers@lawyer.com<br>3202 West Charleston Boulevard<br>Las Vegas, Nevada 89102<br>*Attorney for Democratic Underground, LLC* | By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701<br><br>DALE CENDALI, ESQ.<br>KIRKLAND & ELLIS LLP<br>dale.cendali@kirkland.com<br>601 Lexington Avenue<br>New York, New York 10022<br><br>*Attorneys for Plaintiff Righthaven LLC*<br><br>CAMPBELL & WILLIAMS<br><br>By: /s/ J. Colby Williams<br>Nevada Bar No. 5549<br>jcw@campbellandwilliams.com<br>700 South Seventh Street<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Stephens Media LLC Media* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:**_____