CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
J. COLBY WILLIAMS, ESQ. (5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540
Email: djc@campbellandwilliams.com
       jcw@campbellandwilliams.com

Attorneys for Counterdefendant
Stephens Media, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>Defendants.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>Counterdefendants. | Case No.: 2:10-cv-01356-RLH-GWF<br><br>**COUNTER-DEFENDANT STEPHENS MEDIA LLC'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S JUNE 14, 2011 ORDER [Dkt No. 116]** |



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

On June 28, 2011, Counter-Defendant Stephens Media LLC ("Stephens Media") moved to reconsider the Court's June 14, 2011 Order in which His Honor denied Stephens Media's motion to dismiss the counterclaim filed by Defendant Democratic Underground, LLC ("DU"). [Dkt. No. 126]. The basis for Stephens Media's request for reconsideration is that it does not own the copyright at issue in this action (the "Work") and has only a non-exclusive license to use the copyright, as set forth in the Clarification and Amendment to Strategic Alliance Agreement ("Amendment") executed with Righthaven, LLC ("Righthaven") on May 9, 2011. [*Id.* at 4; 10-14]. As a non-exclusive licensee, Stephens Media lacks standing to pursue an infringement claim against Defendants. *Id.* at 7-9. Stephens Media, therefore, contends that DU's counterclaim seeking a declaration of non-infringement should be dismissed as to Stephens Media since no genuine case or controversy exists between these parties. [*Id*].

While Stephens Media maintains that the Amendment was sufficient to confer standing on Righthaven to pursue the instant action, Stephens Media and Righthaven recently amended the Strategic Alliance Agreement once more to address concerns raised in *Righthaven LLC v. Hoehn*, where the Court found that Righthaven lacked standing to sue under the Amendment. [Dkt. No. 28, Case No. 2:11-cv-00050-PMP-RJJ (D.Nev.) (Pro, J.)]. A true and correct copy of the Amended and Restated Strategic Alliance Agreement ("Amended and Restated SAA") executed by Stephens Media and Righthaven on July 7, 2011 is attached hereto as Exhibit 1. Because Stephens Media does not gain any ownership interest in the subject copyrights and remains a non-exclusive licensee under the Amended and Restated SAA, the arguments set forth in the motion for reconsideration remain unaltered.

Nevertheless, Stephens Media wishes to make the Court aware of the Amended and Restated SAA so that it has the most current information regarding the contractual relationship between the parties. As explained in the supplemental memorandum [Dkt. No. 134] filed by


CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

Righthaven on July 11, 2011 in support of its application to intervene, Righthaven provided Defendants with a copy of the Amended and Restated SAA shortly after it was executed. Defendants have indicated that they wish to address the Amended and Restated SAA in their respective responses to Righthaven's application to intervene and Stephens Media's motion for reconsideration. The parties have submitted a stipulated briefing schedule for the foregoing motions to address this development. [Dkt. No. 135].

Dated this 13th day of July, 2011.

Respectfully submitted,

CAMPBELL & WILLIAMS

By /s/ *J. Colby Williams*
DONALD J. CAMPBELL, ESQ. (#1216)
J. COLBY WILLIAMS, ESQ. (#5549)
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

Attorneys for Counterdefendant
Stephens Media, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that service of the foregoing was served on the 13th day of July, 2011 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

                                                          */s/ J. Colby Williams*
                                            An employee of Campbell & Williams