LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
lpulgram@fenwick.com
CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
cwebb@fenwick.com
JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:     (415) 875-2300
Facsimile:     (415) 281-1350

KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone:     (415) 436-9333
Facsimile:     (415) 436-9993

CHAD BOWERS (NV State Bar No. 7283)
bowers@lawyer.com
CHAD A. BOWERS, LTD
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone:     (702) 457-1001

Attorneys for Defendant and Counterclaimant
DEMOCRATIC UNDERGROUND, LLC, and
Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company, | Case No. 2:10-cv-01356-RLH (GWF) |
| Plaintiff, | |
| v. | **MOTION TO FILE DOCUMENTS UNDER SEAL** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual, | |
| Defendants. | |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company, | |
| Counterclaimant, | |
| v. | |
| RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company, | |
| Counterdefendants. | |

MOTION TO SEAL                                        CASE NO. 2:10-cv-01356-RLH (GWF)

**REQUEST TO SUBMIT DOCUMENTS UNDER SEAL**

Counterclaimant Democratic Underground, LLC ("Democratic Underground") hereby respectfully requests that the Court permit Democratic Underground to submit, under seal, portions of Democratic Underground's Consolidated Opposition to Righthaven's Motion to Intervene and Opposition to Counterdefendant Stephens Media's Motion for Reconsideration ("Consolidated Opposition"), and Exhibits 1, 2, 3, and 5 of the Supporting Declaration of Clifford Webb ("Webb Declaration").

Exhibit 1 to the Webb Declaration is an excerpt of the Righthaven Operating Agreement, produced by Stephens Media on March 22, 2011 (Bates Nos. SM000095-SM000161). Exhibit 2 to the Webb Declaration is a Licensing Agreement between Stephens Media and ProQuest Information and Learning Company, dated January 15, 2002 (Bates Nos. SM000065-SM000067). Exhibit 3 to the Webb Declaration is a Licensing Agreement between Stephens Media and Burrelle's Information Services, LLC, dated July 29, 2010 (Bates Nos. SM000050-SM000058). Exhibit 5 to the Webb Declaration is an undated Licensing Agreement between Lexis-Nexis and the Las Vegas Review-Journal (Bates Nos. SM000059-0000062).

All of these Exhibits were designated as "Confidential Attorneys Eyes Only" by Stephens Media under the Stipulated Protective Order entered by the Court on February 14, 2011. Documents and information that have been designated by a party as "Confidential Attorneys' Eyes Only" can only be submitted to the Court under seal. *See* Dkt. 65, ¶ 12. While Democratic Underground does not maintain that Exhibits 1, 2, 3, and 5 are appropriately designated under either the terms of the Stipulated Protective Order or applicable law, and does not contend that the Exhibits should ultimately be maintained under seal, Democratic Underground is required at this time to submit these Exhibits under seal. The same is true for portions of Democratic Underground's Consolidated Opposition which quotes from and summarizes the contents of the Exhibits.

\ \ \

\ \ \

\ \ \

1   Accordingly, Democratic Underground respectfully requests that the Court allow
2   Democratic Underground to conditionally submit these documents under seal, until such time as
3   Stephens Media provides a basis for this Court to maintain them under seal.

4   Dated: July 26, 2011                    FENWICK & WEST LLP

6                                           By: /s/ *Clifford Webb*
7                                                Clifford Webb

8                                           Attorneys for Defendant and Counterclaimant
                                            DEMOCRATIC UNDERGROUND, LLC

MOTION TO SEAL                  2                  CASE NO. 2:10-cv-01356-RLH (GWF)