SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada  89129-7701
Tel:     (702) 304-0432
Fax:     (702) 922-3851

DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:     (212) 446-4800
Fax:     (212) 446-4900

*Attorneys for Proposed Intervenor Righthaven LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company, | Case No.:  2:10-cv-01356-RLH-GWF |
| Plaintiff, | **JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME AND TO REVISE BREIFING SCHEDULE TO PERMIT LIMIED SUR-REPLY CONCERNING RIGHTHAVEN LLC'S APPLICATION TO INTERVENE AS OF RIGHT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 24(A)(2) AND STEPHENS MEDIA'S MOTION FOR RECONSIDERATION** |
| v. | |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual, | |
| Defendants. | |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company, | **(FIRST REQUEST FOR EXTENSION OF TIME AND SECOND REQUEST TO REVISE BRIEFING SCHEDULE)** |
| Counterclaimant, | |
| v. | |
| RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company, | |
| Counterdefendants. | |

1

IT IS HEREBY STIPULATED BETWEEN Counterclaimant Democratic Underground, LLC ("Democratic Underground"), Counterclaim defendant Stephens Media LLC ("Stephens Media") and Righthaven LLC ("Righthaven"), through their attorneys of record, as follows:

1.      On June 14, 2011, the Court dismissed Righthaven's complaint for lack of standing and denied Stephens Media's motion to dismiss Democratic Underground's counterclaim (Dkt. 116).

2.      On June 23, 2011, Righthaven moved the Court to intervene in this action, asserting its intervention was as of right pursuant Federal Rule of Civil Procedure 24(a)(2) ("Application").  (Dkt. 120.)  In its Application, Righthaven addressed the asserted basis for its standing to sue for copyright infringement under the Clarification and Amendment to Strategic Alliance Agreement ("Amendment").

3.      On June 28, 2011, Stephens Media moved for reconsideration of the Court's decision not to dismiss Democratic Underground's counterclaim.  (Dkt. 126.)  Stephens Media based its motion on its asserted lack of ownership of the copyright at issue under the Amendment.

4.      On July 11, 2011, Righthaven filed a supplemental memorandum in support of its application to intervene, apprising the Court of the Amended and Restated Strategic Alliance Agreement ("Restated and Amended SAA"), which was executed on July 7, 2011.  Righthaven and Stephens Media assert that they executed the Restated and Amended SAA in order to address the concerns raised in *Righthaven LLC v. Hoehn*, where the Court in that case found that Righthaven lacked standing to sue under the Amendment.  Dkt. 28, Case. No. 2:11-CV-00050-PMP-RJJ (D. Nev.) (Pro, J.).

5.      On July 13, 2011, the Court entered the first joint stipulation and order setting a briefing schedule requested by the parties concerning Righthaven's application to intervene and Stephen's Media's motion for reconsideration. (Dkt. 135.)

6.      On July 13, 2011, Stephens Media supplemented its motion for reconsideration. (Dkt. 136.)

7.      On July 26, 2011, Democratic Underground filed its response to Righthaven's application to intervene and Stephens Media's motion for reconsideration (Dkt. 140.)

8.      Both Righthaven and Stephens Media would like an extension of time to file their respective reply briefs in support of their pending motions.  Democratic Underground would like to have an opportunity to file a sur-reply not to exceed seven (7) pages in response to Righthaven's and Stephens Media's submissions. Therefore, the parties agree to, and respectfully request, a revised briefing schedule as follows:

- Stephens Media shall have *until August 5, 2011* to file its reply brief in support of its motion for reconsideration and Righthaven shall have *until August 5, 2011* to file its reply brief in support of its application to intervene.

- Democratic Underground shall have *until August 12, 2011* to file a single sur-reply memorandum not to exceed seven (7) pages in length that responds to Righthaven's reply in support of its application to intervene and Stephens Media's reply in support of its motion for reconsideration.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3

1    This stipulation is sought in good faith and not for purposes of delay.

2   Dated this 2nd day of August, 2011.

3        FENWICK & WEST                          SHAWN A. MANGANO, LTD.

4

5        By: /s/ Laurence F. Pulgram            By: /s/ Shawn A. Mangano
         LAURENCE F. PULGRAM, ESQ.              SHAWN A. MANGANO, ESQ.
6        lpulgram@fenwick.com                   Nevada Bar No. 6730
         555 California Street, 12th Floor       shawn@manganolaw.com
7        San Francisco, California 94104        9960 West Cheyenne Avenue, Suite 170
                                                Las Vegas, Nevada 89129-7701
8        KURT OPSAHL, ESQ.
         ELECTRONIC FRONTIER FOUNDATION         DALE CENDALI, ESQ.
9        454 Shotwell Street                    KIRKLAND & ELLIS LLP
         San Francisco, California 94110        dale.cendali@kirkland.com
                                                601 Lexington Avenue
10        CHAD A. BOWERS, LTD.                   New York, New York 10022
         CHAD A. BOWERS, ESQ.
11       Nevada Bar No. 7283                    *Attorneys for Proposed Intervenor*
         bowers@lawyer.com                      *Righthaven LLC*
12       3202 West Charleston Boulevard         CAMPBELL & WILLIAMS
         Las Vegas, Nevada 89102
13       *Attorney for Democratic*             By: /s/ J. Colby Williams
              *Underground, LLC*                Nevada Bar No. 5549
14                                              jcw@campbellandwilliams.com
                                                700 South Seventh Street
15                                              Las Vegas, Nevada 89101

16                                               *Attorneys for Stephens Media LLC Media*

17

18                                       **IT IS SO ORDERED:**

19

20                                       _____
                                         **UNITED STATES DISTRICT        JUDGE**
21

22                                       **DATED:**___August 2, 2011_____

23

24

25

26

27

28

4