1  CAMPBELL & WILLIAMS
2  DONALD J. CAMPBELL, ESQ. (1216)
   J. COLBY WILLIAMS, ESQ. (5549)
3  700 South Seventh Street
   Las Vegas, Nevada 89101
4  Telephone: (702) 382-5222
   Facsimile: (702) 382-0540
5  Email: djc@campbellandwilliams.com
6          jcw@campbellandwilliams.com

7  Attorneys for Counterdefendant
   Stephens Media, LLC

8                  UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  RIGHTHAVEN LLC, a Nevada limited-        Case No.: 2:10-cv-01356-RLH-GWF
    liability company,
12
            Plaintiff,
13
    v.                                        **DECLARATION OF MARK HINUEBER**
14                                            **IN SUPPORT OF COUNTER-**
    DEMOCRATIC UNDERGROUND, LLC, a            **DEFENDANT STEPHENS MEDIA**
15  District of Columbia limited-liability    **LLC'S (i) NOTICE OF WITHDRAWAL**
    company; and DAVID ALLEN, an             **OF ITS MOTION FOR**
16  individual,                              **RECONSIDERATION OF THE**
                                             **COURT'S JUNE 14, 2011 ORDER [DKT**
17          Defendants.                      **126], AND (ii) LIMITED REPLY TO**
                                             **DEMOCRATIC UNDERGROUND,**
18                                           **LLC'S COMBINED OPPOSITION [DKT**
                                             **140]**
19

20  DEMOCRATIC UNDERGROUND, LLC, a
    District of Columbia limited-liability
21  company,
22          Counterclaimant,
23
    v.
24
    RIGHTHAVEN LLC, a Nevada limited-
25  liability company; and STEPHENS MEDIA
    LLC, a Nevada limited-liability company,
26
27          Counterdefendants.
28



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW

700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

I, MARK A. HINUEBER, declare under penalty of perjury as follows:

1.    I am a resident in the State of Nevada.  I am the Vice President and General Counsel of Stephens Media LLC which publishes a variety of daily and weekly newspapers across the country, including the Las Vegas *Review-Journal*.

2.    I have personal knowledge of the facts stated herein, unless stated upon information and belief, and to those facts I believe them to be true.  I am competent to testify to the matters stated herein.

3.    I offer this Declaration in Support of Stephen Media, LLC's (i) Notice of Withdrawal of its Motion for Reconsideration of the Court's June 14, 2011 Order [Dkt. 126], and (ii) Limited Reply to Democratic Underground LLC's Combined Opposition [Dkt. 140].

4.    Stephens Media is a party to several agreements with non-parties to the instant action that involve the potential use of Las Vegas *Review-Journal* articles.  The other parties to these contracts include ProQuest Information and Learning Company, Burrelle's Information Services, LLC, and Lexis Nexis (the "Non-Party Contracts").

5.    The characterization by Democratic Underground, LLC ("DU") of the alleged conflicts between the Non-Party Contracts and the Amended and Restated SAA is off-base.  First of all, only a small subset of *Review-Journal* articles has been assigned to Righthaven, thereby leaving the vast majority of *Review-Journal* content subject only to the Non-Party Contracts and unaffected by the Amended and Restated SAA.

6.    Next, content appearing in the *Review-Journal* is uploaded to or otherwise made available to Stephens Media's other contracting parties at or about the same time the material appears in the printed newspaper.  Because Stephens Media is the owner of the copyright in an article at the time it is published and, by definition, any assignment of that article to Righthaven will not occur until some undetermined time in the future (*e.g.*, when infringing activity has been

CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540

detected), Stephens Media has every right to authorize the limited use of the article at the time of publication.

7. With respect to those limited articles that are subsequently assigned to Righthaven, and thereafter licensed back to Stephens Media on a non-exclusive basis, Stephens Media has previously disclosed to Righthaven the existence of its Non-Party Contracts.

8. All of the Non-Party Contracts pre-date the filing of this litigation, and none of them are the subject of the dispute at issue herein.

9. Stephens Media treats the Non-Party Contracts as confidential commercial information, and certain of those agreements expressly recognize that the parties thereto will be sharing trade secrets and that said information is to be treated as confidential (*see, e.g.,* Dkt 140-4 at ¶ 18 (Burrelle's); 140-6 at ¶ 8 (Lexis Nexis)).

10. The Non-Party Contracts contain sensitive pricing information that is not generally known to members of the public which would, if disclosed, cause the parties thereto competitive disadvantage.

11. The Non-Party Contracts are drafted predominantly, if not entirely, by the other parties to the agreements, not Stephens Media. Accordingly, those non-parties have a proprietary interest in the form of the respective contracts and the terms contained therein which should not be publicly disclosed without first giving the non-parties notice and an opportunity to address the Court on this issue.

12. I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of August, 2011 in Las Vegas, Nevada.

_/s/ **Mark A. Hinueber**_____
MARK A. HINUEBER

Page 3 of 3



CAMPBELL
& WILLIAMS
ATTORNEYS AT LAW
700 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89101
PHONE: 702/382-5222
FAX: 702/382-0540