# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC

July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

|    | CASE NAME | CASE NO. | PARTY/ADDRESS SERVED |
|----|-----------|----------|----------------------|
| 1. | Ecological Internet | 10-00691 | Ecological Internet, Inc.<br>c/o Dr. Glenn Barry<br>N991 Manitowoc Road<br>Denmark, WI 54208 |
| 2. | Goff Associates | 10-00742 | Goff Associates<br>No address<br>Unable to serve complaint to date<br><br>Patrick Goff<br>No address<br>Unable to serve complaint to date |
| 3. | Ozean Group | 10-00798 | Ozean Group<br>c/o The UPS Store<br>1300 King Street East<br>Oshawa, Ontario<br>Canada<br><br>Thomas Wahl<br>Terminated |
| 4. | Futrell | 10-00813 | Ron Futrell<br>c/o Jason Wiley, Esq.<br>jwiley@woodserickson.com |
| 5. | Smith | 10-01031 | Brien Smith<br>2114 Del Pero Street<br>Marysville, CA 95901<br><br>Fullthrottletv.net<br>c/o Brien Smith<br>2114 Del Pero Street<br>Marysville, CA 95901 |
| 6. | Vannix Communications | 10-01035 | Vannix Communications Group, Inc.<br>c/o Abby Nixon<br>3930 Swenson Street, Apt. 808<br>Las Vegas, NV 89119<br><br>Abby Nixon<br>3930 Swenson Street, Apt. 808<br>Las Vegas, NV 89119<br><br>Abby Nixon<br>640 McNight Street<br>Las Vegas, NV 89101 |

**RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC**
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| 7. | Realty One | 10-01036 | David Tina<br>10273 Early Morning Avenue<br>Las Vegas, Nevada 89135-2845<br><br>Realty One Group, Inc.<br>c/o Elizabeth Skane, Esq.<br>eskane@skanewilcox.com<br><br>Michael J. Nelson<br>Terminated<br><br>Realty One Group, Inc.<br>c/o Anne Padgett, Esq.<br>anne.padgett@mccormickbarstow.com |
|---|---|---|---|
| 8. | Vote for the Worst | 10-01045 | Vote for the Worst, LLC<br>c/o James M. DeVoy<br>jmd@randazza.com<br><br>Vote for the Worst, LLC<br>c/o Marc Randazza<br>mjr@randazza.com<br><br>Nathan E. Palmer<br>c/o James M. DeVoy<br>jmd@randazza.com<br><br>Nathan E. Palmer<br>c/o Marc Randazza<br>mjr@randazza.com<br><br>David J. Della Terza<br>c/o James M. DeVoy<br>jmd@randazza.com<br><br>David J. Della Terza<br>c/o Marc Randazza<br>mjr@randazza.com |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 9. | South Coast Partner | 10-01062 | South Coast Partner<br>Terminated<br><br>Robert Walter Hunt<br>Terminated<br><br>Taloa Inc.<br>c/o Jason M. Wiley<br>jwiley@woodserickson.com<br><br>Jeffrey L. Nelson<br>c/o Jason M. Wiley<br>jwiley@woodserickson.com |
| 10. | Mostofi | 10-01066 | Dean Mostofi<br>1737 Glastonberry Road<br>Potomac, MD 20854<br><br>Dean Mostofi<br>c/o Clyde DeWitt, Esq<br>clydedewitt@earthlink.net |
| 11. | Howard Heys | 10-01110 | Howard Heys<br>No address<br>Unable to serve complaint to date |
| 12. | David Williams-Pinkney | 10-01126 | David Williams-Pinkney<br>No address |
| 13. | Valentine | 10-01157 | Marion Valentine<br>674 Township Road<br>Laurel, MS 39443 |
| 14. | Question Authority | 10-01158 | Question Authority<br>Terminated<br><br>Isaac Rosete<br>1023 East Vaught Court<br>West Covina, CA 91792 |
| 15. | Downey | 10-01172 | Danny Downey<br>No address<br>Unable to serve complaint to date |
| 16. | Kelleher | 10-01184 | Kevin Kelleher<br>c/o Andrew J. Dhuey, Esq.<br>ajdhuey@comcast.net |

*RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC*
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 17. | Inkonet Networks | 10-01280 | Inkonet Networks<br>Terminated<br><br>Sonicvibes Entertainment LLC<br>c/o Antonio Larosa<br>250 Rainbow Blvd., #406<br>Niagara Falls, NY 14303<br><br>Inkosonic Networks<br>c/o Antonio Larosa<br>250 Rainbow Blvd., #406<br>Niagara Falls, NY 14303<br><br>Antonio Larosa<br>250 Rainbow Blvd., #406<br>Niagara Falls, NY 14303 |
| 18. | Burrage | 10-01283 | Jerry Ryburg<br>Terminated<br><br><br>Ryan Burrage<br>74 Coronado Avenue<br>Kenner, LA 70065 |
| 19. | CIO | 10-01322 | Center for Intercultural Organizing<br>c/o James R. Olson, Esq.<br>chartle@ocgd.com<br><br>Center for Intercultural Organizing<br>c/o Michael Stoberski, Esq.<br>mstoberski@ocgd.com<br><br>Kayse Jama<br>c/o James R. Olson, Esq.<br>chartle@ocgd.com<br><br>Kayse Jama<br>c/o Michael Stoberski, Esq.<br>mstoberski@ocgd.com<br><br>Professor Jason Schultz<br>c/o Chad A. Bowers<br>chadbowers@lawyer.com |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC

July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| 20. | Dibiase | 10-01343 | Thomas Dibiase<br>c/o Bart E. Volkmer, Esq.<br>bvolkmer@wsgr.com<br><br>Thomas Dibiase<br>c/o Colleen Bal, Esq.<br>cbal@wsgr.com<br><br>Thomas Dibiase<br>c/o Corynne McSherry, Esq.<br>corynne@eff.org<br><br>Thomas Dibiase<br>c/o Chad Bowers, Esq.<br>chadbowers@lawyer.com<br><br>Thomas Dibiase<br>c/o Kurt Opsahl, Esq.<br>kurt@eff.org |
|---|---|---|---|
| 21. | Chris Brown Web Network/Houston | 10-01399 | Chris Brown Web Network<br>No addresss<br>Unable to serve complaint to date<br><br>Dominique Houston<br>No address<br>Unable to serve complaint to date |
| 22. | Hush-Hush | 10-01404 | Hush-Hush Entertainment, Inc.<br>c/o Elliot Blut, Esq.<br>eblut@blutlaw.com<br><br>PN Media, Inc.<br>c/o Elliot Blut, Esq.<br>eblut@blutlaw.com<br><br>Andrew Stoddard<br>c/o Elliot Blut, Esq.<br>eblut@blutlaw.com<br><br>Andrew Stoddard<br>c/o Gary K. Salomons, Esq.<br>Ecoff, Law & Salomons, LLP<br>280 S. Beverly Hills Drive, Suite 504<br>Beverly Hills, CA 90212 |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC

July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| 23. | Hippen | 10-01454 | Connie Hippen<br>2126 State Highway 112<br>Hulett, WY 82720 |
|---|---|---|---|
| 24. | Wehategringos.com | 10-01457 | Wehategringos.com<br>No address -Unable to serve complaint to date<br><br>Brad Hill<br>No address<br>Unable to serve complaint to date<br><br>Linda Muller<br>Terminated<br><br>Nathan Muller<br>Terminated |
| 25. | Edmunds | 10-01492 | Brett Edmunds<br>No address<br>Unable to serve complaint to date |
| 26. | Rawlings | 10-01527 | Richard Rawlings<br>c/o Chad Bowers, Esq.<br>chadbowers@lawyer.com<br><br>Richard Rawlings<br>c/o Fritz Clapp, Esq.<br>mail@fritzclapp.com<br><br>United States Marijuana Party<br>c/o Chad Bowers, Esq.<br>chadbowers@lawyer.com<br><br>United States Marijuana Party<br>c/o Fritz Clapp, Esq.<br>mail@fritzclapp.com |
| 27. | Hoefling | 10-01539 | Thomas Hoefling<br>c/o Kelly Talcott, Esq.<br>kdtlaw@gmail.com<br><br>Thomas Hoefling<br>101 Third Street<br>Lohrville, IA 51453-7717<br>America's Independent Party of Iowa<br>Terminated |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| 28. | Hawaii Tourism | 10-01543 | Hawaii Tourism Association, Inc.<br>c/o Juergen Steinmetz<br>59-296 Alapio Road<br>Haleiwa, HI 96712<br><br>Hawaii Tourism Association, Inc.<br>P.O. Box 208<br>Haleiwa, HI 96712<br><br>Juergen T. Steinmetz<br>Terminated |
|---|---|---|---|
| 29. | Pahrump Life | 10-01575 | Pahrump Life<br>Terminated<br><br>Michael Scaccia<br>4191 West Quail Run Road<br>P.O. Box 9466<br>Pahrump, NV 89060<br><br>Maren Scaccia<br>4191 West Quail Run Road<br>P.O. Box 9466<br>Pahrump, NV 89060<br><br>Media Bloggers Association<br>c/o James M. DeVoy, Esq.<br>jmd@randazza.com<br><br>Democratic Underground, LLC<br>c/o Lawrence F. Pulgram, Esq.<br>lpulgram@fenwick.com<br>Democratic Underground, LLC<br>c/o Chad A. Bowers, Esq.<br>chadbowers@lawyer.com<br><br>Professor Jason Schultz<br>c/o Chad A. Bowers, Esq.<br>chadbowers@lawyer.com<br><br>Citizens Against Litigation Abuse, Inc.<br>c/o Clyde F. DeWitt, Esq.<br>clydedewitt@earthlink.net |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC

July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 30. | Brooks | 10-01654 | Rod Brooks<br>21-71 Dallas Road<br>Victoria, BC V8V1A2<br>Canada<br><br>I am a 911 Operator<br>c/o Rod Brooks<br>21-71 Dallas Road<br>Victoria, BC V8V 1A2<br>Canada |
| 31. | Chandler | 10-01656 | Thomas Chandler<br>4275 Asher Street, Unit 26<br>San Diego, CA 92110 |
| 32. | Leon | 10-01672 | Denise Nichols<br>c/o Michael P. Kimbrell, Esq.<br>mpkimbrell@aol.com<br><br>Michael Leon<br>c/o James M. DeVoy, Esq.<br>jmd@randazza.com<br><br>Medbillz, Inc.<br>No Address<br>Unable to serve complaint to date – Case Dismissed |
| 33. | Neveu | 10-01674 | Thomas Neveu<br>23 Boutwell Street, Apt. 1<br>Dorchester, MA 02122-2513<br><br>Climate Change Fraud<br>c/o Thomas Neveu<br>23 Boutwell Street, Apt. 1<br>Dorchester, MA 02122-2513<br><br>Thomas Richard<br>No address<br>Unable to serve complaint to date |

Case 2:10-cv-01356-RLH -GWF   Document 153-1   Filed 08/08/11   Page 9 of 16

***RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC***
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| 34. | Virginia Citizens Defense League | 10-01683 | Virginia Citizens Defense League, Inc. <br> Philip Van Cleave <br> Jim Snyder <br> c/o Dan M. Peterson, Esq. <br> dan@danpetersonlaw.com <br> Richard E. Gardiner, Esq. <br> regardiner@cox.net <br> Robert W. DeLong, Esq. <br> rdelong@parsonsbehle.com |
|---|---|---|---|
| 35. | Hyatt | 10-01736 | Bill Hyatt <br> 848 Luther Road <br> East Greenbush, NY 12061 <br><br> Media Bloggers Association <br> c/o James M. DeVoy, Esq. <br> jmd@randazza.com <br> Marc Randazza, Esq. <br> mjr@randazza.com <br> Ronald D. Coleman, Esq. <br> Goetz Fitzpatrick LLP <br> 1 Penn Plaza, Suite 4401 <br> New York, NY 10119 |
| 36. | Newman | 10-01762 | Garry Newman <br> c/o Kirk B. Lenhard, Esq. <br> klenhard@bhfs.com <br> Stephen J. Zralek, Esq. <br> szralek@bonelaw.com <br> Anthony J. DiRaimondo, Esq. <br> adiraimondo@bhfs.com <br><br> Facepunch Studios, Ltd. <br> No address <br> Unable to serve complaint to date |
| 37. | Matthews | 10-01763 | James Matthews <br> 4737 Englewood Avenue <br> Las Vegas, NV 89139 <br><br> Muscle Cars of America <br> Terminated |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 38. | Sulimanov | 10-01831 | Robert Sulimanov<br>9735 Laramie Road<br>Philadelphia, PA 19115<br><br>Flagstone Patio<br>c/o Robert Sulimanov<br>9735 Laramie Road<br>Philadelphia, PA 19115 |
| 39. | Imperial Hotel Management | 10-01833 | Imperial Hotel Management College, Inc.<br>Suite 1801 Pacific Centre<br>701 W. Georgia St.<br>Vancouver, BC V7Y1C6<br>Canada |
| 40. | StarrTrack Electronics | 10-01836 | Jerry Bacon<br>409 West Kentucky Ave.<br>LaFollette, TN 37766<br><br>Starrtrack Electronics, Inc.<br>c/o Jerry Bacon<br>409 West Kentucky Ave.<br>LaFollette, TN 37766 |
| 41. | Karban | 10-01880 | James Karban<br>No address<br>Unable to serve complaint to date |
| 42. | Grant | 10-01901 | Randolph Grant<br>67 Marrow Street<br>Newark, New Jersey 07103-3129 |
| 43. | Stewart | 10-01903 | Paul Stewart<br>724 Ewing Creek Road<br>Dayhoit, Kentucky 40824 |
| 44. | James | 10-01905 | Alex James<br>No address<br>Unable to serve complaint to date |
| 45. | Horn | 10-01908 | Jim Horn<br>No address<br>Unable to serve complaint to date<br><br>Stephen Krashen<br>No Address<br>Unable to serve complaint to date |
| 46. | Shields | 10-01909 | Duncan Shields<br>No address<br>Unable to serve complaint to date |

Case 2:10-cv-01356-RLH -GWF   Document 153-1   Filed 08/08/11   Page 11 of 16

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 47. | TZ Holdings | 10-01980 | Robert J. Zumbrunnen<br>6010 East 225th Street<br>Cleveland, MO 64734<br><br>TZ Holdings LLC<br>c/o Robert J. Zumbrunnen<br>6010 East 225th Street<br>Cleveland, MO 64734<br><br>Peter Dierks<br>No address<br>Unable to serve complaint to date |
| 48. | VXPOSE | 10-02003 | Robert Sulimanov<br>9735 Laramie Road<br>Philadelphia, PA 19115<br><br>VXPOSE, LLC<br>c/o Robert Sulimanov<br>9735 Laramie Road<br>Philadelphia, PA 19115<br><br>Arthur Kalandarov<br>c/o Robert Sulimanov<br>9735 Laramie Road<br>Philadelphia, PA 19115 |
| 49. | Viewwerx | 10-02008 | Viewwerx, Inc.<br>c/o Ronaele S. Foss, E.A.<br>1823 East Bijou Street<br>Colorado Springs, CO 80909<br><br>Shawn Herrin<br>1244 Commanchero Drive<br>Colorado Springs, CO 80925 |
| 50. | Walker | 10-02058 | David Walker<br>No address<br>Unable to serve complaint to date<br><br>Sitestowatchmovies.info<br>No address<br>Unable to serve complaint to date |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC

July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 51. | Carbon Athletics | 10-02070 | Carbon Athletics<br>No address<br>Unable to serve complaint to date<br><br>Cody Faeth<br>No address<br>Unable to serve complaint to date |
| 52. | Recess Mobile | 10-02072 | Recess Mobile, Inc.<br>No address<br>Unable to serve complaint to date<br><br>Vitaliy Levit<br>No address<br>Unable to serve complaint to date |
| 53. | Tattoo Guide | 10-02087 | Howard Larrabee<br>Terminated<br><br>Tattoo Guide<br>No address<br>Unable to serve complaint to date<br><br>Mindmedia<br>No address<br>Unable to serve complaint to date<br><br>Peter Ashton<br>No address<br>Unable to serve complaint to date |
| 54. | Combs | 10-02145 | Keith Combs<br>No address<br>Unable to serve complaint to date |
| 55. | Burrell | 10-02151 | Carl Burrell<br>4112 Ames Drive<br>Nashville, TN 37218<br><br>Flick & Tea<br>No address<br>Unable to serve complaint to date |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC

July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 56. | Pak.org | 10-02155 | Pak.org<br>Azkar Choudhry<br>c/o Chris Ridder, Esq.<br>ecf@rcjlawgroup.com<br>Chad Bowers, Esq.<br>chadbowers@lawyer.com |
| 57. | Lundberg | 10-02161 | John Lundberg<br>No address<br>Unable to serve complaint to date<br><br>Mark Pilkington<br>No address<br>Unable to serve complaint to date |
| 58. | Estes | 10-02162 | Ed Estes<br>No address<br>Unable to serve complaint to date<br><br>Estes Design Group<br>No address<br>Unable to serve complaint to date |
| 59. | Peddle | 10-02173 | Kathleen Peddle<br>No address<br>Unable to serve complaint to date |
| 60. | Lipman | 10-02174 | Eric Lipman<br>No address<br>Unable to serve complaint to date |
| 61. | May-Ostendorp | 10-02175 | Peter May-Ostendorp<br>No address<br>Unable to serve complaint to date |
| 62. | Justmeans | 10-02179 | Justmeans<br>No address<br>Unable to serve complaint to date<br><br>Martin Smith<br>No address<br>Unable to serve complaint to date<br><br>Andrea Brennan<br>No address<br>Unable to serve complaint to date |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 63. | Benedix | 10-02245 | Daniel Benedix<br>No address<br>Unable to serve complaint to date<br><br>Tuscon DUI News and Attorneys<br>No address<br>Unable to serve complaint to date |
| 64. | Motown Muscle | 10-02247 | Motown Muscle, Inc.<br>c/o Rick Linehan<br>2529 Flintridge Street<br>Lake Orion, MI 48359 |
| 65. | Coker | 10-02248 | Charles Coker<br>1664 Landmark Way<br>Beaumont, CA 92223 |
| 66. | Hoehn | 11-00050 | Wayne Hoehn<br>c/o James M. DeVoy, Esq.<br>jmd@randazza.com<br>Marc Randazza, Esq.<br>mjr@randazza.com |
| 67. | Inform/Taliaferro | 11-00053 | Inform Technologies<br>Terminated<br><br>Todd Taliaferro<br>704 S.W. 12th Street<br>Fort Lauderdale, FL 33315 |
| 68. | Inform/Vinci | 11-00055 | Inform Technologies<br>Terminated<br><br>Lisa Vinci<br>No address<br>Unable to serve complaint to date |
| 69. | Bell | 11-00056 | Bob Bell<br>No address<br>Unable to serve complaint to date |
| 70. | Ashton | 11-00057 | Peter Ashton<br>No address<br>Unable to serve complaint to date |
| 71. | Franks | 11-00081 | Sevaan Franks<br>No address<br>Unable to serve complaint to date<br><br>A Blog About History<br>No address - Unable to serve complaint to date |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC
July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 72. | Loosle | 11-00627 | Tony Carl Loosle<br>1772 N. 600 W.<br>Logan, Utah 84321<br><br>TCS, Inc.<br>c/o Tony Carl Loosle<br>1772 N. 600 W.<br>Logan, Utah 84321 |
| 73. | Smith | 11-00716 | Jane Smith<br>No address<br>Unable to serve complaint to date<br><br>Subliminalselfhypnosis.com<br>No address<br>Unable to serve complaint to date |
| 74. | Law Med Consulting | 11-00717 | Greg Stocks<br>No address<br>Unable to serve complaint to date<br><br>Law Med Blog<br>No address<br>Unable to serve complaint to date<br><br>Law Med Consulting LLC<br>No address<br>Unable to serve complaint to date |
| 75. | Extreme DUI | 11-00718 | Johannes Garrido<br>755 Watson Canyon Court, # 234<br>San Ramon, CA 94582<br><br>Extreme DUI<br>c/o Johannes Garrido<br>755 Watson Canyon Court, # 234<br>San Ramon, CA 94582 |

# RIGHTHAVEN LLC V. DEMOCRATIC UNDERGROUND, LLC

July 14, 2011 Order Compliance Table
Exhibit "1" to Notice of Compliance

| | | | |
|---|---|---|---|
| 76. | Gunner's Alley | 11-00719 | Gunner's Alley LLC<br>c/o Gary Beaver, Esq.<br>gbeaver@nexsenpruet.com<br>No formal appearance made to date<br><br>Affordable Hunting Trips<br>c/o Gary Beaver, Esq.<br>gbeaver@nexsenpruet.com<br><br>Bradford Justus<br>c/o Gary Beaver, Esq.<br>gbeaver@nexsenpruet.com |
| 77. | Newsblaze | 11-00720 | Newsblaze LLC<br>Alan Gray<br>c/o James M. DeVoy, Esq.<br>jmd@randazza.com<br>Mark Randazza, Esq.<br>mjr@randazza.com |
| 78. | Computer Services One | 11-00721 | Norman Edwards<br>919 18th Street South<br>St. Petersburg, FL 33712<br><br>Computer Services One LLC<br>c/o Norman Edwards<br>919 18th Street South<br>St. Petersburg, FL 33712 |
| 79. | Kirk | 11-00722 | John Kirk<br>No address<br>Unable to serve complaint to date |
| 80. | Brommell | 11-00724 | Neil Brommell<br>No address<br>Unable to serve complaint to date<br><br>Holly L. Brewer<br>No address<br>Unable to serve complaint to date |
| 81. | Sieber | 11-00729 | No address<br>Unable to serve complaint to date |
| 82. | Mostofi | 11-01160 | Dean Mostofi<br>1737 Glastonberry Road<br>Potomac, MD 20854 |