

Clerk of the Court
U.S. District Court, District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

2011 AUG 19  P 2: 51

**August 16, 2011**

**RE:  Righthaven v. Democratic Underground Case 2:10-cv-01356-RLH –GWF**, (and further
reference to Righthaven v Law Med Consulting LLC Case No. 2:11-cv-00717-ECR –PAL ).

Please file the enclosed Affidavit for Judicial Notice and attachments in **Righthaven v.
Democratic Underground Case 2:10-cv-01356-RLH –GWF**

I am a defendant in the *Law Med Consulting* case, and the affidavit pertains to a failure to follow
a judicial order issued in the *Democratic Underground* case which governed the plaintiff and
defendants in the *Law Med Consulting* case.

A request for filing in the *Law Med Consulting* case has been sent under separate cover to the
Clerk in Reno.

I have also enclosed a self addressed stamped envelope for your "Received" stamp to be placed
on its face and returned.

Thank you for your assistance.

Gregory Stocks Pro-Se
640-D North Calvert St.
Baltimore, MD 21202
(410) 913-4337
admin@lawmedconsultant.com