LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
lpulgram@fenwick.com
CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
cwebb@fenwick.com
JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
jjjohnson@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone:    (415) 436-9333
Facsimile:    (415) 436-9993

CHAD BOWERS (NV State Bar No. 7283)
bowers@lawyer.com
CHAD A. BOWERS, LTD
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone:    (702) 457-1001

Attorneys for Defendant and Counterclaimant
DEMOCRATIC UNDERGROUND, LLC, and
Defendant DAVID ALLEN

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br>v.<br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>   Defendants.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>   Counterclaimant,<br>v.<br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>   Counterdefendants. | Case No. 2:10-01356-RLH (GWF)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESETTING DISCOVERY SCHEDULE** |

IT IS HEREBY STIPULATED BETWEEN Counterclaimant Democratic Underground, LLC ("Democratic Underground") and Counterdefendant Stephens Media LLC ("Stephens Media"), through their attorneys of record, as follows:

1. On February 24, 2011, this Court entered the Joint Stipulation and Order to Stay Discovery Conducted Pursuant to Federal Rules of Civil Procedure 20 and 45 Until Adjudication of Pending Motions (the "Stipulation and Order Staying Discovery"), which tolled discovery deadlines set forth in the Joint Discovery Plan and Scheduling Order (Docket "Dkt." 54) "for the duration of time from February 10 until ruling by the Court on the pending Motions for Voluntary Dismissal, the Cross-MSJ, and the Motion to Dismiss" (collectively, "the Motions"). (Dkt. 71, ¶ 15).

2. Pursuant to the Stipulation and Order Staying Discovery, "[w]ithin 10 days of such ruling, the parties shall submit a proposed agreed order resetting discovery dates on an equivalent schedule." (Dkt. 71, ¶ 15).

3. On June 14, 2011, the Court issued an order dismissing Righthaven's complaint in its entirety and denying Stephens Media's Motion to Dismiss the Counterclaim. (Dkt. 116).

4. Democratic Underground's Counterclaim still survives.

5. On June 23, 2011, Righthaven filed an Application to Intervene (Dkt. 120).

6. On June 29, 2011, Stephens Media filed a Motion for Reconsideration of the denial of its Motion to Dismiss.

7. On June 30, 2011, the parties submitted a Joint Stipulation and Proposed Order to Extend Time to File Revised Discovery Schedule seeking extension of the deadline for the parties to submit a proposed agreed order to the date within 10 days of resolution of participation of parties and their pleadings in this action (Dkt. 128).

8. On July 1, 2011, the Court granted the Joint Stipulation and entered an Order Extending Time to File Revised Discovery Schedule (Dkt. 129).

9. On August 5, 2011, Stephens Media withdrew its Motion for Reconsideration.

10. On August 24, 2011, the Court issued an Order denying Righthaven's Application to Intervene (Dkt. 157).

11. As the Court has resolved the participation of parties and their pleadings in this action, the parties hereby submit the following discovery schedule resetting discovery dates:

    a. **Discovery Cut-Off Date:** The cut-off date for discovery shall be **December 23, 2011**.

    b. **Fed. R. Civ. P. 26(a)(2) Disclosures (Experts):** Disclosures concerning experts shall be made no later than **November 8, 2011**. Disclosures concerning rebuttal experts shall be made no later than **December 8, 2011**, 30 days after the initial disclosure of experts.

    c. **Dispositive Motions:** The date for filing dispositive motions shall not be later than **February 6, 2012**. In the event that the discovery period is extended from the discovery cut-off date set forth in this Order, the date for filing dispositive motions shall be extended to be not later than 30 days from the subsequent discovery cut-off date.

    d. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than **March 7, 2012**, 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in this Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

    e. **Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made not later than **December 2, 2011**, 21 days before the discovery cut-off date.

    f. **Interim Status Report:** The Parties shall file the interim status report, if required, by **October 24, 2011**, 60 days before the discovery cut-off date.

Dated this 7 day of September, 2011

| FENWICK & WEST LLP | CAMPBELL & WILLIAMS |
|---|---|
| By: /s/ *Laurence F. Pulgram*<br>LAURENCE F. PULGRAM | By: /s/ *J. Colby Williams*<br>J. COLBY WILLIAMS |
| Laurence Pulgram, Esq.<br>Fenwick & West LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | J. Colby Williams, Esq.<br>Campbell & Williams<br>700 South Seventh Street<br>Las Vegas, Nevada 89101 |
| Attorneys for Counterclaimant<br>DEMOCRATIC UNDERGROUND, LLC | Attorneys for Counterdefendant<br>STEPHENS MEDIA, LLC |

**IT IS SO ORDERED:**

*/s/ George Foley Jr.*
GEORGE FOLEY, Jr.
United States Magistrate Judge

DATED: September 9, 2011