SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
(702) 304-0432 – telephone
(702) 922-3851 – facsimile

DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>    Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>    Defendants. | Case No.: 2:10-cv-01356-RLH-GWF<br><br>**RIGHTHAVEN LLC'S NOTICE OF APPEAL OF ORDER DENYING MOTION TO INTERVENE AS A MATTER OF RIGHT TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>    Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>    Counterdefendants. | |

1

NOTICE is hereby given that Plaintiff Righthaven LLC ("Righthaven"), hereby appeals the August 24, 2011 Order denying its application to intervene as a matter of right (the "Order", Doc. # 157) to the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit"). The Order denying Righthaven's Application to Intervene as a Matter of Right is immediately appealable to the Ninth Circuit *See Stringfellow v. Concerned Neighbors in Action,* 480 U.S. 370, 377-78 (1987).

Righthaven's appeal in this action includes, the Order (Doc. # 157), the associated briefing by the parties in connection with Righthaven's Application to Intervene as a Matter of Right (Doc. ## 120-121, 134, 140, 150-151, and 155), the *Amicus Curiae* Citizens Against Litigation Abuse, Inc. Brief (#132) that was considered by the Court, the June 14, 2011 Order dismissing Righthaven's Complaint for lack of subject matter jurisdiction (Doc. # 116), all of which will, to the extent required, will be separately designated as part of the record on appeal by Righthaven.

Dated this 16th day of September, 2011.

SHAWN A. MANGANO, LTD.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

KIRKLAND & ELLIS LLP
DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

*Attorneys for Righthaven LLC*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I on this 16th day of September, 2011, I caused the foregoing document to be served by the Court's CM/ECF system.

By: /s/ Shawn A. Mangano
SHAWN A. MANGANO, ESQ.