1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
   jjjohnson@fenwick.com
3  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California 94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350

7  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
8  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
9  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
10 San Francisco, California 94110
   Telephone:    (415) 436-9333
11 Facsimile:    (415) 436-9993

12 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
13 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
14 Las Vegas, Nevada 89102
   Telephone:   (702) 457-1001
15
   Attorneys for Defendant and Counterclaimant
16 DEMOCRATIC UNDERGROUND, LLC, and
   Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>   Plaintiff,<br><br>   v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>   Defendants. | Case No. 2:10-cv-01356-RLH (GWF)<br><br>**MOTION TO FILE DOCUMENTS UNDER SEAL** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>   Counterclaimant,<br><br>   v.<br><br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>   Counterdefendants. | |

MOTION TO SEAL                                                    CASE NO. 2:10-cv-01356-RLH (GWF)

**REQUEST TO SUBMIT DOCUMENTS UNDER SEAL**

Counterclaimant Democratic Underground, LLC ("Democratic Underground") hereby respectfully requests that the Court permit it to submit, under seal, portions of Democratic Underground's Motion for Summary Judgment ("Consolidated Opposition"), and Exhibits 9 and 12-17 of the Supporting Declaration of Kurt Opsahl ("Opsahl Decl.").

All of these Exhibits were designated as "Confidential Attorneys Eyes Only" or "Confidential" by Stephens Media under the Stipulated Protective Order entered by the Court on February 14, 2011. Documents and information that have been designated by a party as "Confidential Attorneys' Eyes Only" can only be submitted to the Court under seal. *See* Dkt. 65, ¶ 12. While Democratic Underground does not maintain that Exhibits 9 and 12-17 are appropriately designated under either the terms of the Stipulated Protective Order or applicable law, and does not contend that the Exhibits should ultimately be maintained under seal, Democratic Underground is required at this time to submit these Exhibits under seal. The same is true for portions of Democratic Underground's Consolidated Opposition which quote from and summarize the contents of the Exhibits.

Accordingly, Democratic Underground respectfully requests that the Court allow it to conditionally submit these documents under seal, until such time as Stephens Media provides a basis for this Court to maintain them under seal.

Dated: October 24, 2011                     FENWICK & WEST LLP

By: /s/ *Jennifer J. Johnson*
     Jennifer J. Johnson

Attorneys for Defendant and Counterclaimant
DEMOCRATIC UNDERGROUND, LLC, and
Defendant DAVID ALLEN