1 | LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
lpulgram@fenwick.com
2 | JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
jjjohnson@fenwick.com
3 | CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice)*
cwebb@fenwick.com
4 | FENWICK & WEST LLP
555 California Street, 12th Floor
5 | San Francisco, California 94104
Telephone:    (415) 875-2300
6 | Facsimile:    (415) 281-1350

7 | KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
kurt@eff.org
8 | CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
corynne@eff.org
9 | ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
10 | San Francisco, California 94110
Telephone:    (415) 436-9333
11 | Facsimile:    (415) 436-9993

12 | CHAD BOWERS (NV State Bar No. 7283)
bowers@lawyer.com
13 | CHAD A. BOWERS, LTD
3202 West Charleston Boulevard
14 | Las Vegas, Nevada 89102
Telephone:    (702) 457-1001

Attorneys for Defendant and Counterclaimant
DEMOCRATIC UNDERGROUND, LLC, and
Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>            Plaintiff,<br><br>      v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>            Defendants. | Case No. 2:10-cv-01356-RLH (GWF)<br><br>**[PROPOSED] ORDER GRANTING DEMOCRATIC UNDERGROUND'S MOTION FOR SUMMARY JUDGMENT** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>            Counterclaimant,<br><br>      v.<br><br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>            Counterdefendants. | |

## [PROPOSED] ORDER

Counterclaimant Democratic Underground, LLC's Motion for Summary Judgment is GRANTED. The Court finds that the undisputed facts demonstrate no volitional act by Counterclaimant Democratic Underground, LLC or David Allen, as required to sustain a claim for direct copyright infringement. The Court also finds that the undisputed facts demonstrate that the use in question was fair use as a matter of law. Judgment in favor of Democratic Underground, LLC on its Counterclaim in this action shall be, and hereby is, entered accordingly.

Dated: _____

                                        The Honorable ROGER L. HUNT
                                        United States District Judge