1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
   jjjohnson@fenwick.com
3  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice)*
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California 94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350

7  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
8  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
9  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
10 San Francisco, California 94110
   Telephone:    (415) 436-9333
11 Facsimile:    (415) 436-9993

12 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
13 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
14 Las Vegas, Nevada 89102
   Telephone:    (702) 457-1001

15 Attorneys for Defendant and Counterclaimant
   DEMOCRATIC UNDERGROUND, LLC, and
16 Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br>     v.<br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>           Defendants.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>           Counterclaimant,<br>     v.<br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>           Counterdefendants. | Case No. 2:10-01356-RLH (GWF)<br><br>**JOINT INTERIM STATUS REPORT AND JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY UNTIL ADJUDICATION OF PENDING MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule 26-3, Counterclaimant Democratic Underground, LLC ("Democratic Underground") and Counterdefendant Stephens Media LLC ("Stephens Media"), submit the following interim status report:

1. The parties estimate that the length of trial required for this case is 4-5 days.
2. The Parties are available for the following trial dates:
   a. May 7, 2012 - May 11, 2012
   b. May 14, 2012 - May 18, 2012
   c. May 21, 2012 - May 25, 2012
3. Trial will potentially be eliminated by Democratic Underground's Motion for Summary Judgment On Counterclaim filed today, October 24, 2011. Given the pending Motion for Summary Judgment, the Parties have stipulated to and request the following modifications to the discovery schedule.

IT IS HEREBY STIPULATED BETWEEN Counterclaimant Democratic Underground, LLC ("Democratic Underground") and Counterdefendant Stephens Media LLC ("Stephens Media"), through their attorneys of record, as follows:

1. On October 24, 2011, Counterclaimant Democratic Underground filed a Motion for Summary Judgment on Counterclaim.
2. Discovery is currently set to close on December 23, 2011, with expert disclosure due to begin on November 8, 2011. (Dkt. 159).
3. Resolution of the Motion for Summary Judgment currently pending before the Court may be dispositive of the Counterclaim, the sole remaining claim in this action. In the interest of reducing potentially unnecessary depositions and expense, the parties agree and respectfully request to the Court to stay all discovery (unless discovery is found to be essential to resolution of the Motion for Summary Judgment), and to extend all discovery deadlines in this action for the time until the pending Motion for Summary Judgment is adjudicated, under the conditions described in this stipulation.
4. All current discovery deadlines in the Court's Scheduling Order (Dkt. 159), including deadlines for initial and rebuttal expert disclosures, shall be tolled (extended) for the

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

duration of time from today (October 24, 2011) until ruling by the Court on the pending Motion for Summary Judgment on Counterclaim. Within 10 days of such ruling, the parties shall submit a proposed agreed order resetting discovery dates on an equivalent schedule.

5. This is the second request for an extension of the discovery schedule. The first request for extension of discovery was filed on February 22, 2011 (Dkt. 70) and granted by the Court on February 24, 2011 (Dkt. 71).

6. This stipulated extension of discovery is sought in good faith and not for the purposes of delay. Rather, this stay is sought in the interest of saving the parties the expense of written discovery, deposition and expert-related attorneys' fees and costs until such time as the Court adjudicates the pending Motion for Summary Judgment before it or determines that such discovery is necessary.

Dated this 24 day of October, 2011

| FENWICK & WEST LLP | CAMPBELL & WILLIAMS |
|---|---|
| By: /s/ *Laurence F. Pulgram* <br> LAURENCE F. PULGRAM | By: /s/ *J. Colby Williams* <br> J. COLBY WILLIAMS |
| Laurence Pulgram, Esq. <br> Fenwick & West LLP <br> 555 California Street, 12th Floor <br> San Francisco, CA 94104 | J. Colby Williams, Esq. <br> Campbell & Williams <br> 700 South Seventh Street <br> Las Vegas, Nevada 89101 |
| Attorneys for Counterclaimant <br> DEMOCRATIC UNDERGROUND, LLC | Attorneys for Counterdefendant <br> STEPHENS MEDIA, LLC |

**IT IS SO ORDERED:**

*[signature]*
GEORGE FOLEY, Jr.
United States Magistrate Judge

**DATED:** October 25, 2011

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT INTERIM STATUS REPORT, STIP. AND [PROPOSED] ORDER STAYING DISCOVERY UNTIL ADJUD. OF MSJ    2    CASE NO. 2:10-CV-01356-RLH (GWF)