1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
   jjjohnson@fenwick.com
3  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice)*
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California 94104
   Telephone:   (415) 875-2300
6  Facsimile:    (415) 281-1350

7  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
8  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
9  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
10 San Francisco, California 94110
   Telephone:   (415) 436-9333
11 Facsimile:    (415) 436-9993

12 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
13 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
14 Las Vegas, Nevada 89102
   Telephone:   (702) 457-1001

15 Attorneys for Defendant and Counterclaimant
   DEMOCRATIC UNDERGROUND, LLC, and
16 Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>  Defendants. | Case No. 2:10-cv-01356-RLH (GWF)<br><br>**ORDER GRANTING DEMOCRATIC UNDERGROUND'S MOTION TO FILE DOCUMENTS UNDER SEAL** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>  Counterclaimant,<br><br>  v.<br><br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>  Counterdefendants. | |

1     The Court having considered Democratic Underground's Motion To File Documents Under Seal, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

That the following documents be conditionally filed under seal, until such time as Stephens Media provides a basis for this Court to maintain them under seal: (i) portions of Democratic Underground's Motion for Summary Judgment, and (ii) Exhibits 9 and 12-17 of the Supporting Declaration of Kurt Opsahl.

Dated: October 25, 2011

_____
The Honorable ROGER L. HUNT
United States District Judge

[PROPOSED] ORDER GRANTING MOTION
TO FILE DOCUMENTS UNDER SEAL     1     CASE NO. 2:10-cv-01356-RLH (GWF)