1    LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
     lpulgram@fenwick.com
2    JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
     jjjohnson@fenwick.com
3    CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
     cwebb@fenwick.com
4    FENWICK & WEST LLP
     555 California Street, 12th Floor
5    San Francisco, California 94104
     Telephone: (415) 875-2300
6    Facsimile:  (415) 281-1350

7    KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
     kurt@eff.org
8    CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
     corynne@eff.org
9    ELECTRONIC FRONTIER FOUNDATION
     454 Shotwell Street
10   San Francisco, California 94110
     Telephone: (415) 436-9333
11   Facsimile:  (415) 436-9993

12   CHAD BOWERS (NV State Bar No. 7283)
     bowers@lawyer.com
13   CHAD A. BOWERS, LTD
     3202 West Charleston Boulevard
14   Las Vegas, Nevada 89102
     Telephone: (702) 457-1001
15
     Attorneys for Defendant and Counterclaimant
16   DEMOCRATIC UNDERGROUND, LLC, and
     Defendant DAVID ALLEN

17                  UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEVADA
18

19   RIGHTHAVEN LLC, a Nevada limited liability company,   Case No. 2:10-cv-01356-RLH (GWF)

20                            Plaintiff,
           v.
21   DEMOCRATIC UNDERGROUND, LLC, a District of
     Columbia limited-liability company; and DAVID ALLEN,   **JOINT STIPULATION AND**
22   an individual,                                         **[PROPOSED] ORDER**
                                                            **REGARDING BRIEFING**
                             Defendants.                    **SCHEDULE FOR MOTION FOR**
23                                                          **ATTORNEYS' FEES**

24   DEMOCRATIC UNDERGROUND, LLC, a District of             **(FIRST REQUEST)**
     Columbia limited-liability company,
25
                             Counterclaimant,
26         v.
     RIGHTHAVEN LLC, a Nevada limited liability company,
27   and STEPHENS MEDIA LLC, a Nevada limited-liability
     company,
28                           Counterdefendants.

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

IT IS HEREBY STIPULATED BETWEEN Defendant and Counterclaimant Democratic Underground, LLC ("Democratic Underground"), Defendant David Allen, and Counterdefendant Stephens Media LLC ("Stephens Media"), through their attorneys of record, as follows:

1.      On March 7, 2012 this Court entered Final Judgment in favor of Defendants Democratic Underground and David Allen and against all claims and causes of action of Plaintiff Righthaven in this action.  Fourteen days after entry of that order would be March 21, 2012.

2.      On March 9, 2012 this Court entered a Final Declaratory Judgment in favor of Counterclaimant Democratic Underground and against Counterdefendant Stephens Media. Fourteen days after entry of that order would be would be March 23, 2012.

3.      On March 8, 2012, Counsel for Defendants initially attempted to contact Righthaven's counsel of record, Shawn Mangano, both by telephone and email, to discuss the possibility of stipulating to a briefing schedule for Defendants' anticipated consolidated motion for attorneys' fees with respect to Righthaven and Stephens Media.  Since March 8, 2012, counsel for Defendants have attempted to contact Mr. Mangano various times both by phone and email. The telephone number that Mr. Mangano has provided to the Court is no longer connected to a voicemail service, and Mr. Mangano has not responded to any emails sent by Defendants' counsel.  Counsel for Stephens Media has similarly attempted but been unable to reach Mr. Mangano.  In addition, Counsel for Defendants has sent email communications and placed a telephone call to Ms. Dale Cendali, who also appeared as counsel for Righthaven in this action, requesting to confer about a briefing schedule for an attorneys' fees motion.  Ms. Cendali has declined to respond.

4.      Counsel for Defendants and counsel for Stephens Media have conferred and agreed that it is in the interest of all parties that Defendants' motion for fees should be consolidated, coordinated, and briefed on the schedule as follows:

- Defendants' and Counterclaimant's Consolidated Motion for Fees – April 10, 2012

- Plaintiff's and Counterdefendants' Oppositions – May 1, 2012

- Defendants' and Counterclaimant's Reply – May 10, 2012

5.      Counsel for Defendants and counsel for Stephens Media respectfully request that,

1    despite the apparent inability of Righthaven's counsel, Mr. Mangano, to meet and confer on this

2    issue, the Court grant the stipulated briefing schedule that the parties have discussed and hereby

3    propose.

4

5    FENWICK & WEST LLP                          STEPHENS MEDIA LLC

6    By: /s/ *Laurence F. Pulgram*                By: /s/ *J. Colby Williams*
          LAURENCE PULGRAM, ESQ                       J. COLBY WILLIAMS, ESQ
7
8    Laurence Pulgram, Esq.                       J. Colby Williams, Esq.
     Fenwick & West LLP                           Campbell & Williams
     555 California Street, 12th Floor            700 South Seventh Street
9    San Francisco, California 94104              Las Vegas, Nevada 89101
     Attorneys for Defendants and Counterclaimant  Attorneys for Counterdefendant
10   DEMOCRATIC UNDERGROUND, LLC, and            STEPHENS MEDIA LLC
     Defendant DAVID ALLEN
11

12

13                              **ATTESTATION**

14          I, Laurence F. Pulgram, am the ECF User whose identification and password are being

15   used to file this **STIPULATION AND          ORDER REGARDING BRIEFING**

16   **SCHEDULE FOR MOTION FOR ATTORNEYS' FEES.**  I hereby attest that J. Colby

17   Williams has concurred in this filing.

18

19          **IT IS SO ORDERED**.

20

21   Dated: _____     _____
                    March 13, 2012
22                                      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW