FILED

MAR 15 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIGHTHAVEN LLC,<br><br>        Plaintiff-counter-defendant - Appellant,<br><br> v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; et al.,<br><br>        Defendants-counter-claimants - Appellees. | No. 11-17210<br><br>D.C. No. 2:10-cv-01356-RLH-GWF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Court records reflect that the appellant has failed to file an opening brief. Accordingly, the appeal is dismissed for failure to prosecute. Ninth Cir. Rule 42-1 and Ninth Cir. Rule 31-2.3.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: Virna L. Sanchez
Deputy Clerk

VLS/Mediation