UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Righthaven LLC | |
| Plaintiff-Appellant, | District No.   2:10-CV-1356 RLH-GWF |
| vs. | |
| Democratic Underground LLC et al | U.S.C.A. No.   11-17210 |
| Defendants-Appellees. | |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Mar 15, 2012, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 16th day of March, 2012.

_____
Roger L. Hunt
United States District Judge