DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:	(212) 446-4800
Fax:	(212) 446-4900

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>　　　　　Defendants. | Case No.:  2:10-cv-01356-RLH-CWF<br><br>**MOTION AND PROPOSED ORDER TO WITHDRAW AS COUNSEL OF RECORD** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br>　　　　　Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>　　　　　Counterdefendants. | |

　　　　Pursuant to Local Rule IA 10-6, S.C.R 46, and N.R.P.C. 1.16 (b)(1) and (7), Dale Cendali, Esq. respectfully moves this court for an order permitting Dale Cendali, Esq. ("Ms. Cendali"), who has appeared in these proceedings, to withdraw as counsel for Righthaven LLC ("Righthaven"), in the above captioned matter.  This Motion is based upon the Memorandum of Points and Authorities

submitted herein, the Declaration of Dale Cendali, Esq., attached hereto, the pleadings and papers on file herein, and any argument adduced at the hearing of this Motion to Withdraw as Counsel of Record.

## MEMORANDUM OF POINTS AND AUTHORITIES

Kirkland & Ellis LLP and Ms. Cendali were retained by Righthaven LLC to represent the company in the above-captioned matter solely in connection with Righthaven's motion to intervene (Dkt. 120), which has been completed. While the complaint was filed on August 10, 2010, Ms. Cendali did not petition to appear *pro hac vice* until June 22, 2011 (Dkt. 119), after the Court's Order to dismiss Righthaven (Dkt. 116) issued. Co-counsel Shawn Mangano was to handle all other aspects of the case, including the day-to-day running of the case, and continues to be counsel of record for Righthaven. The Court's Order denying Righthaven's motion to intervene issued in August 2011 (Dkt. 157). At that point, Ms. Cendali was told by Righthaven that her job was done and that Mr. Mangano would handle the rest of the case.

Save for the initial retainer provided by Righthaven, Righthaven has not paid any of the legal fees due to Kirkland & Ellis. Neither Ms. Cendali nor Kirkland & Ellis has done any work for Righthaven since August 2011.

Local Rule IA 10-6 (b) provides that "No attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." Righthaven has received notice of Kirkland & Ellis and Ms. Cendali's intent to withdraw from this case and has consented to the withdrawal. Additionally, opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached herein.

Local Rule IA 10-6 (e) provides that "no withdrawal... shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, no delay will result from Ms. Cendali's withdrawal because Righthaven is represented in this matter by Shawn Mangano. In addition, there is no pending discovery, trial or hearing that would be delayed by Ms. Cendali's withdrawal. Ms. Cendali's withdrawal will not prejudice any party or delay any proceeding in this

1  matter.

## CONCLUSION

For the reasons set forth above, Ms. Cendali respectfully moves this Court to enter an order approving the withdrawal of Ms. Cendali as a representing attorney for Righthaven in the instant matter.

Dated this 21st day of March, 2012.

> By: /s/ Dale M. Cendali
> DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
> KIRKLAND & ELLIS LLP
> dale.cendali@kirkland.com
> 601 Lexington Avenue
> New York, New York  10022
> Tel:     (212) 446-4800
> Fax:    (212) 446-4900

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 21st day of March, 2012, I caused the foregoing document to be served by the Court's CM/ECF system on all counsel of record.

By: /s/ Dale M. Cendali
DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
dale.cendali@kirkland.com
601 Lexington Avenue
New York, New York  10022
Tel:       (212) 446-4800
Fax:       (212) 446-4900
