DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
dale.cendali@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York  10022
Tel:    (212) 446-4800
Fax:    (212) 446-4900

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>        Plaintiff,<br><br>v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>        Defendants.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br>        Counterclaimant,<br><br>v.<br><br>RIGHTHAVEN LLC, a Nevada limited-liability company; and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>        Counterdefendants. | Case No.: 2:10-cv-01356-RLH-CWF<br><br>**DECLARATION OF DALE CENDALI, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

    I, Dale Cendali, declare, under penalty of perjury, that the following is true and correct:

    1.    I am a partner in the law firm of Kirkland & Ellis LLP.  I have personal knowledge of the facts set forth below and I believe them to be true.  I am over eighteen years old and I am competent to testify to the matters set forth herein.

1

2.	Kirkland & Ellis LLP was retained by Righthaven LLC to represent the company in the above-captioned matter solely in connection with the Court's June 14, 2011 Order dismissing Righthaven for lack of standing (Dkt. 116) and Righthaven's subsequent motion to intervene (Dkt. 120).

3.	The complaint had been filed on August 10, 2010, and I did not petition to appear *pro hac vice* until June 22, 2011 (Dkt. 119).

4.	I was instructed by Righthaven that my duties were limited to working with Shawn Mangano, Righthaven's primary outside counsel, with the briefing relating to Righthaven's motion to intervene and that Mr. Mangano would handle all other aspects of the case, including the day-to-day running of the case.

5.	The Court's Order denying Righthaven's motion to intervene issued in August 2011 (Dkt. 157). At that point we were told by our client that our job was done and that Mr. Mangano would handle the rest of the case by himself.

6.	Save for the initial retainer provided by Righthaven, Righthaven has not paid any of the legal fees due to my firm, Kirkland & Ellis LLP. Neither I nor my firm has done any work for Righthaven since August 2011, and we were told that Mr. Mangano was handling the case.

7.	In light of the above, I am seeking leave to withdraw as counsel. Righthaven has consented to my withdrawal.

Dated this 21st day of March, 2012.

By: /s/ Dale M. Cendali
DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
dale.cendali@kirkland.com
601 Lexington Avenue
New York, New York  10022
Tel:	(212) 446-4800
Fax:	(212) 446-4900

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that on this 21st day of March, 2012, I caused the foregoing document to be served by the Court's CM/ECF system on all counsel of record.

> By: /s/ Dale M. Cendali
> DALE M. CENDALI, ESQ. (admitted *pro hac vice*)
> KIRKLAND & ELLIS LLP
> dale.cendali@kirkland.com
> 601 Lexington Avenue
> New York, New York  10022
> Tel:      (212) 446-4800
> Fax:     (212) 446-4900