# EXHIBIT C



Published on *Valeo Partners* ([http://reports.valeopartners.com](http://reports.valeopartners.com))

Home > Firm Rate Profiles

# Firm Rate Profiles

**Firm:**

Kirkland & Ellis LLP

Apply

Rate Year: 2012

| Position | Low Actual Rate | Avg Actual Rate | High Actual Rate | Number of Rates |
|---|---|---|---|---|
| All Attorneys | $370.00 | $693.95 | $1,045.00 | 53 |
| --- Partner | $665.00 | $845.74 | $1,045.00 | 27 |
| --- Associate | $370.00 | $528.78 | $670.00 | 25 |
| --- Counsel | $725.00 | $725.00 | $725.00 | 1 |
| Support Staff | $165.00 | $252.93 | $325.00 | 29 |
| --- Paralegal | $245.00 | $245.00 | $245.00 | 1 |
| --- Legal Assistant | $240.00 | $286.18 | $325.00 | 17 |
| --- Litigation Support | $170.00 | $232.00 | $265.00 | 5 |
| --- Project Assistant | $180.00 | $185.00 | $195.00 | 3 |
| --- Case Assistant | $165.00 | $170.00 | $175.00 | 3 |

Rate Year: 2011

| Position | Low Actual Rate | Avg Actual Rate | High Actual Rate | Number of Rates |
|---|---|---|---|---|
| All Attorneys | $41.00 | $654.57 | $995.00 | 1691 |
| --- Partner | $470.00 | $817.93 | $995.00 | 717 |
| --- Associate | $41.00 | $527.10 | $985.00 | 941 |
| --- Counsel | $500.00 | $743.33 | $965.00 | 12 |

| Position | Low Actual Rate | Avg Actual Rate | High Actual Rate | Number of Rates |
|---|---|---|---|---|
| --- Of Counsel | $435.00 | $737.86 | $995.00 | 21 |
| Other Professionals | $215.00 | $416.82 | $625.00 | 11 |
| --- Managing Director | $625.00 | $625.00 | $625.00 | 4 |
| --- Manager | $215.00 | $319.00 | $625.00 | 5 |
| --- Consultant | $245.00 | $245.00 | $245.00 | 2 |
| Support Staff | $135.00 | $237.01 | $625.00 | 782 |
| Support Staff | $260.00 | $260.00 | $260.00 | 1 |
| --- Paralegal | $135.00 | $219.55 | $305.00 | 11 |
| --- Legal Assistant | $140.00 | $258.92 | $625.00 | 421 |
| --- Litigation Support | $140.00 | $207.39 | $625.00 | 165 |
| --- Researcher | $235.00 | $235.00 | $235.00 | 7 |
| --- Law Clerk | $215.00 | $231.09 | $235.00 | 23 |
| --- Conflicts Specialist | $150.00 | $233.32 | $260.00 | 98 |
| --- Project Assistant | $165.00 | $168.57 | $170.00 | 7 |
| --- Case Assistant | $140.00 | $167.60 | $235.00 | 25 |
| --- Case Clerk | $140.00 | $171.19 | $195.00 | 21 |
| --- IT | $200.00 | $228.75 | $245.00 | 4 |

Rate Year: 2010

| Position | Low Actual Rate | Avg Actual Rate | High Actual Rate | Number of Rates |
|---|---|---|---|---|
| All Attorneys | $135.00 | $590.58 | $1,250.00 | 1941 |
| All Attorneys | $1,030.00 | $1,030.00 | $1,030.00 | 1 |
| --- Partner | $320.00 | $767.74 | $1,250.00 | 738 |
| --- Associate | $135.00 | $475.48 | $955.00 | 1159 |
| --- Counsel | $490.00 | $652.88 | $995.00 | 40 |
| --- Of Counsel | $545.00 | $701.67 | $995.00 | 3 |
| --- Senior Counsel | $430.00 | $430.00 | $430.00 | 1 |
| Other Attorneys | $405.00 | $405.00 | $405.00 | 1 |

| Position | Low Actual Rate | Avg Actual Rate | High Actual Rate | Number of Rates |
|---|---|---|---|---|
| --- Contract Attorney | $405.00 | $405.00 | $405.00 | 1 |
| Other Professionals | $195.00 | $309.00 | $585.00 | 5 |
| --- Managing Director | $585.00 | $585.00 | $585.00 | 1 |
| --- Consultant | $195.00 | $240.00 | $255.00 | 4 |
| Support Staff | $130.00 | $231.23 | $610.00 | 602 |
| --- Paralegal | $150.00 | $221.80 | $285.00 | 50 |
| --- Legal Assistant | $130.00 | $236.28 | $585.00 | 401 |
| --- Litigation Support | $160.00 | $233.72 | $610.00 | 78 |
| --- Librarian | $220.00 | $220.00 | $220.00 | 1 |
| --- Researcher | $220.00 | $220.00 | $220.00 | 2 |
| --- Law Clerk | $215.00 | $266.25 | $390.00 | 16 |
| --- Conflicts Specialist | $150.00 | $213.40 | $250.00 | 25 |
| --- Case Assistant | $145.00 | $145.00 | $145.00 | 1 |
| --- Case Clerk | $130.00 | $161.80 | $195.00 | 25 |
| --- IT | $195.00 | $228.33 | $255.00 | 3 |
| Public Law | $200.00 | $200.00 | $200.00 | 1 |
| --- Paralegal | $200.00 | $200.00 | $200.00 | 1 |
| Partner | $610.00 | $610.00 | $610.00 | 1 |
| Paralegal | $230.00 | $230.00 | $230.00 | 1 |
| Support Staff | $145.00 | $168.61 | $225.00 | 18 |
| Not Listed | $130.00 | $214.04 | $585.00 | 73 |

Rate Year: 2009

| Position | Low Actual Rate | Avg Actual Rate | High Actual Rate | Number of Rates |
|---|---|---|---|---|
| All Attorneys | $165.00 | $577.26 | $1,110.00 | 447 |
| --- Partner | $510.00 | $759.37 | $1,110.00 | 166 |
| --- Associate | $165.00 | $457.68 | $640.00 | 269 |
| --- Counsel | $450.00 | $738.75 | $965.00 | 12 |

| Position | Low Actual Rate | Avg Actual Rate | High Actual Rate | Number of Rates |
|---|---|---|---|---|
| Other Attorneys | $310.00 | $310.00 | $310.00 | 1 |
| --- Contract Attorney | $310.00 | $310.00 | $310.00 | 1 |
| Support Staff | $120.00 | $226.94 | $350.00 | 173 |
| --- Paralegal | $150.00 | $234.42 | $350.00 | 69 |
| --- Legal Assistant | $160.00 | $234.03 | $290.00 | 62 |
| --- Litigation Support | $205.00 | $205.00 | $205.00 | 2 |
| --- Law Clerk | $215.00 | $215.00 | $215.00 | 15 |
| --- Conflicts Specialist | $150.00 | $195.00 | $230.00 | 5 |
| --- Case Clerk | $120.00 | $154.29 | $175.00 | 7 |
| --- IT | $180.00 | $221.92 | $250.00 | 13 |
| Support Staff | $150.00 | $160.00 | $165.00 | 3 |
| Not Listed | $575.00 | $575.00 | $575.00 | 1 |

Note: not all Actual Rates have a Reported Standard Rate.

© Copyright 2012 Valeo Partners     v2.0

**Source URL:** http://reports.valeopartners.com/profile/firm