LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
lpulgram@fenwick.com
JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
jjjohnson@fenwick.com
CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
cwebb@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
kurt@eff.org
CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, California 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

CHAD BOWERS (NV State Bar No. 7283)
bowers@lawyer.com
CHAD A. BOWERS, LTD
3202 West Charleston Boulevard
Las Vegas, Nevada 89102
Telephone: (702) 457-1001

Attorneys for Defendant and Counterclaimant
DEMOCRATIC UNDERGROUND, LLC, and
Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>Defendants. | Case No. 2:10-cv-01356-RLH (GWF)<br><br>**DECLARATION OF DAVID ALLEN IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>Counterclaimant,<br>v.<br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>Counterdefendants. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

I, David Allen, Defendant in the above-captioned action, am the principal of Democratic Underground, LLC.  I have personal knowledge of the matters set forth herein.  If called upon, I could and would testify competently thereto.

1. Before this lawsuit, neither the *Las Vegas Review-Journal* nor Righthaven ever notified me or—to my knowledge—anyone else at Democratic Underground about the allegedly infringing post.

2. The first time I learned of any claim of infringement was when a reporter from the *Las Vegas Sun* contacted me, on August 11, 2010.

3. At that time, given Righthaven's claims, I retained counsel from CyberLaw in Washington D.C. to defend Democratic Underground and myself.   During approximately the one month I was represented by CyberLaw, I incurred and paid $3,375 in fees and $237 in expenses. Attached hereto as **Exhibit A** is a true and correct copy of an invoice I received from CyberLaw documenting these fees and expenses.

4. In August of 2010, I got in touch with the Electronic Frontier Foundation, a non-profit legal service organization, which agreed to represent me on a *pro bono* basis. Subsequently I was also represented by the law firms of Winston & Strawn LLP and Fenwick & West LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 10, 2012                             */s/ David Allen*
                                                            David Allen

## ATTORNEY ATTESTATION

In accordance with the Court's Special Order No. 109, dated September 30, 2005, I hereby attest that concurrence in the filing of this document has been obtained from the signatories indicated by a "conformed" signature (/s/) within this e-filed document:

                                                     */s/ Laurence Pulgram*
                                                        Laurence Pulgram

ALLEN DECL. ISO MOTION FOR FEES            2            CASE NO. 2:10-CV-01356-RLH (GWF)