1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
   jjjohnson@fenwick.com
3  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California 94104
   Telephone:    (415) 875-2300
6  Facsimile:    (415) 281-1350

7  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
8  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
9  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
10 San Francisco, California 94110
   Telephone:    (415) 436-9333
11 Facsimile:    (415) 436-9993

12 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
13 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
14 Las Vegas, Nevada 89102
   Telephone:    (702) 457-1001
15
   Attorneys for Defendant and Counterclaimant
16 DEMOCRATIC UNDERGROUND, LLC, and
   Defendant DAVID ALLEN

17              UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEVADA
18

| | |
|---|---|
| 19  RIGHTHAVEN LLC, a Nevada limited liability company, | Case No. 2:10-cv-01356-RLH (GWF) |
| 19          Plaintiff, | |
| 20   v. | **ORDER GRANTING** |
| 21  DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual, | **MOTION TO SUBMIT DOCUMENTS UNDER SEAL** |
| 22          Defendants. | |
| 23  DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company, | |
| 24 | |
| 25          Counterclaimant, | |
| 25   v. | |
| 26  RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company, | |
| 27 | |
| 28          Counterdefendants. | |

[PROPOSED] ORDER GRANTING                    CASE NO. 2:10-cv-01356-RLH (GWF)
MOTION TO SUBMIT UNDER SEAL

1    The Court having considered Democratic Underground's Motion to Submit Documents

2  Under Seal, and good cause appearing,

3    **IT IS HEREBY ORDERED**:

4    That the following documents will be filed with the Court under seal: (i) portions of

5  Democratic Underground's Motion for Attorneys' Fees, and (ii) Exhibit F to the supporting

6  Declaration of Laurence Pulgram.

7

8  Dated: _____April 11, 2012_____       _____

9                                              THE HONORABLE ROGER L. HUNT
                                              United States District        Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28