1   LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
    lpulgram@fenwick.com
2   JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
    jjjohnson@fenwick.com
3   CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
    cwebb@fenwick.com
4   FENWICK & WEST LLP
    555 California Street, 12th Floor
5   San Francisco, California 94104
    Telephone:    (415) 875-2300
6   Facsimile:    (415) 281-1350

7   KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
    kurt@eff.org
8   CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
    corynne@eff.org
9   ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
10  San Francisco, California 94110
    Telephone:    (415) 436-9333
11  Facsimile:    (415) 436-9993

12  CHAD BOWERS (NV State Bar No. 7283)
    bowers@lawyer.com
13  CHAD A. BOWERS, LTD
    3202 West Charleston Boulevard
14  Las Vegas, Nevada 89102
    Telephone:   (702) 457-1001

15  Attorneys for Defendant and Counterclaimant
    DEMOCRATIC UNDERGROUND, LLC, and
16  Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>    v.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br><br>  Defendants.<br><br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>  Counterclaimant,<br><br>    v.<br><br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br><br>  Counterdefendants. | Case No. 2:10-cv-01356-RLH (GWF)<br><br>**ORDER GRANTING MOTION TO SUBMIT DOCUMENTS UNDER SEAL** |

[PROPOSED] ORDER GRANTING
MOTION TO SUBMIT UNDER SEAL                                    CASE NO. 2:10-cv-01356-RLH (GWF)

The Court having considered Democratic Underground's Motion to Submit Documents Under Seal, and good cause appearing,

**IT IS HEREBY ORDERED**:

That the following documents will be filed with the Court under seal: (i) portions of Democratic Underground's Motion for Attorneys' Fees, and (ii) Exhibit F to the supporting Declaration of Laurence Pulgram.

Dated: April 11, 2012

_____
THE HONORABLE ROGER L. HUNT
United States District Judge

[PROPOSED] ORDER GRANTING
MOTION TO SUBMIT UNDER SEAL         1         CASE NO. 2:10-cv-01356-RLH (GWF)