1  LAURENCE F. PULGRAM (CA State Bar No. 115163) (*pro hac vice*)
   lpulgram@fenwick.com
2  JENNIFER J. JOHNSON (CA State Bar No. 252897) (*pro hac vice*)
   jjjohnson@fenwick.com
3  CLIFFORD C. WEBB (CA State Bar No. 260885) (*pro hac vice*)
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California 94104
   Telephone: (415) 875-2300
6  Facsimile: (415) 281-1350

7  KURT OPSAHL (CA State Bar No. 191303) (*pro hac vice*)
   kurt@eff.org
8  CORYNNE MCSHERRY (CA State Bar No. 221504) (*pro hac vice*)
   corynne@eff.org
9  ELECTRONIC FRONTIER FOUNDATION
   454 Shotwell Street
10 San Francisco, California 94110
   Telephone: (415) 436-9333
11 Facsimile: (415) 436-9993

12 CHAD BOWERS (NV State Bar No. 7283)
   bowers@lawyer.com
13 CHAD A. BOWERS, LTD
   3202 West Charleston Boulevard
14 Las Vegas, Nevada 89102
   Telephone: (702) 457-1001

15 Attorneys for Defendant and Counterclaimant
   DEMOCRATIC UNDERGROUND, LLC, and
16 Defendant DAVID ALLEN

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited liability company,<br><br>　　　　　Plaintiff,<br>　　v.<br>DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company; and DAVID ALLEN, an individual,<br>　　　　　Defendants. | Case No. 2:10-cv-01356-RLH (GWF)<br><br>**NOTICE OF PARTIAL WITHDRAWAL OF DEFENDANTS DEMOCRATIC UNDERGROUND AND DAVID ALLEN'S MOTION FOR ATTORNEYS' FEES** |
| DEMOCRATIC UNDERGROUND, LLC, a District of Columbia limited-liability company,<br><br>　　　　　Counterclaimant,<br>　　v.<br>RIGHTHAVEN LLC, a Nevada limited liability company, and STEPHENS MEDIA LLC, a Nevada limited-liability company,<br>　　　　　Counterdefendants. | |

Defendants Democratic Underground, LLC and David Allen ("Defendants") hereby partially withdraw their Motion for Attorneys' Fees (Dkt. 191) ("Fees Motion").  This lawsuit and the pending Fees Motion has been mutually resolved as between David Allen, Democratic Underground, and Counterdefendant Stephens Media LLC.  Thus, Defendants withdraw the portion of the Fees Motion as to all fees sought against Stephens Media or allocated jointly to Stephens Media and Plaintiff and Counterdefendant Righthaven, LLC.  Defendants' Fees Motion is not withdrawn as to the $131,457.50 in fees sought from Righthaven alone.  Defendants further note that no opposition to the Fees Motion was filed by Righthaven within the time period (May 18, 2012) provided by the briefing schedule ordered by the Court (Dkt. 199).

Dated:  May 25, 2012

Respectfully,

FENWICK & WEST LLP

By:  /s/ *Laurence F. Pulgram*
         Laurence F. Pulgram

Attorneys for Defendant and Counterclaimant DEMOCRATIC UNDERGROUND, LLC, and Defendant DAVID ALLEN