# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Righthaven LLC

Plaintiff,

V.

Democratic Underground LLC et al

Defendants.

**JUDGMENT IN A CIVIL CASE**

**ON ATTORNEY FEES**

Case Number: 2:10-CV-1356 RLH-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Defendants' Motion for Attorneys' Fees is GRANTED. Judgment on Attorneys Fees is entered against Righthaven in the amount of $131.457.50.

June 14, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk